# UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

<Enter Division name if applicable, else delete this text>

Clear All Fields

Save

In Re. §
Judith L. Carr §
Debtor(s) §
§

Case No. 23-17710/CMG

☐ Jointly Administered

Chapter 11

Reporting Period Ended: September 2023

Petition Date: 9/1/2023

Months Pending: 0

Industry Classification: | | | | |

Reporting Method: Accrual Basis ◯ Cash Basis ◯

Debtor's Full-Time Employees (current): N/A

Debtor's Full-Time Employees (as of date of order for relief): N/A

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

[signature]
Signature of Responsible Party

Geoffrey Newman
Printed Name of Responsible Party

10/23/23
Date

25 Abe Voorhees Dr., Manasquan NJ 08736
Address

Click "Generate PDF" to Remove Watermark

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR

Statement Period: Aug 14 2023-Sep 13 2023
Cust Ref #: 4365752926-630-T-###
Primary Account #: 436-5752926

041848 3/5

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/23 | DEBIT CARD PURCHASE, *****30158904458, AUT 082323 VISA DDA PUR VENMO VISA DIRECT * NY | 50.00 |
| 08/24 | DEBIT CARD PURCHASE, *****30158904458, AUT 082223 VISA DDA PUR SHELL OIL 57545712002 MANALAPAN * NJ | 43.49 |
| 08/24 | ELECTRONIC PMT-WEB, ALLY ALLY PAYMT ****08309455 | 839.24 |
| 08/24 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****014720 | 300.00 |
| 08/24 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****015190 | 304.36 |
| 08/25 | DEBIT CARD PURCHASE, *****30158904458, AUT 082323 VISA DDA PUR ACCESS COUNSELING INC 877 410 5368 * CA | 9.95 |
| 08/25 | DEBIT CARD PURCHASE, *****30158904458, AUT 082423 VISA DDA PUR SALON BELLADONNA OLD BRIDGE * NJ | 40.00 |
| 08/25 | DEBIT CARD PURCHASE, *****30158904458, AUT 082423 VISA DDA PUR VENMO VISA DIRECT * NY | 150.00 |
| 08/25 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S7T5Q1IBIMYPPS | 107.60 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082423 VISA DDA PUR ACCESS COUNSELING INC 877 410 5368 * CA | 18.95 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082523 VISA DDA PUR SQ TWIST CONSIGNMENTS MARBLE HILL * GA | 63.61 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082523 VISA DDA PUR FOOTHILLS IGA MARBLE HILL * GA | 173.74 |
| 08/28 | DEBIT POS, *****30158904458, AUT 082623 DDA PURCHASE TARGET T 2022 CUMMING CANTON * GA | 121.12 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082623 VISA DDA PUR ULTA 907 BOLINGBROOK * IL | 261.23 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082623 VISA DDA PUR ULTA 285 CANTON * GA | 271.36 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082623 VISA DDA PUR VENMO VISA DIRECT * NY | 50.00 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082623 VISA DDA PUR ACCESS COUNSELING 877 4105368 * CA | 10.95 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082623 VISA DDA PUR WILKES OF BALL GROUND BALL GROUND * GA | 22.46 |
| 08/28 | DEBIT POS, *****30158904458, AUT 082623 DDA PURCH W/CB FOOTHILLS IGA MARBLE HILL * GA | 67.80 |
| 08/29 | DEBIT CARD PURCHASE, *****30158904458, AUT 082823 VISA DDA PUR BR FACTORY US 2959 WOODSTOCK * GA | 183.38 |
| 08/29 | DEBIT CARD PURCHASE, *****30158904458, AUT 082823 VISA DDA PUR THE OUTLET SHOPPES AT AT WOODSTOCK * GA | 63.60 |
| 08/29 | DEBIT CARD PURCHASE, *****30158904458, AUT 082823 VISA DDA PUR NEW BALANCE ATHLETICS IN BOSTON * MA | 84.79 |
| 08/29 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S8NY7DACRZ1X2O | 200.00 |
| 08/29 | DEBIT POS, *****30158904458, AUT 082923 DDA PURCHASE MADEWELL 1229 ALPHARETTA * GA | 224.13 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR

Statement Period: Aug 14 2023-Sep 13 2023
Cust Ref #: 4365752926-630-T-###
Primary Account #: 436-5752926

041848 4/5

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | ELECTRONIC PMT-TEL, AMAZON STORE SYF PAYMNT ****072619N | 72.07 |
| 09/05 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S9XZJRQAXBVF00 | 221.16 |
| 09/05 | DEBIT POS, *****30158904458, AUT 090523 DDA PURCHASE<br>GDP SOMETHING NEW SALON MANALAPAN * NJ | 41.60 |
| 09/05 | DEBIT POS, *****30158904458, AUT 090523 DDA PURCHASE<br>TARGET T 10100 BROOK GLEN ALLEN * VA | 289.31 |
| 09/06 | DEBIT CARD PURCHASE, *****30158904458, AUT 090523 VISA DDA PUR<br>DRY CLEANERS ENGLISHTOWN * NJ | 114.25 |
| 09/06 | ACH DEBIT, MERRICK BANK COR PHONE PMT ****70353961435 | 4.00 |
| 09/06 | ELECTRONIC PMT-TEL, ASPIRE MC PMT EPAY ASPIRE MC PMT | 25.00 |
| 09/07 | DEBIT CARD PURCHASE, *****30158904458, AUT 090623 VISA DDA PUR<br>ACI ALLY BANK 502 800 252 9638 * NE | 843.24 |
| 09/07 | DEBIT POS, *****30158904458, AUT 090723 DDA PURCHASE<br>FOOTHILLS IGA MARBLE HILL * GA | 162.87 |
| 09/11 | DEBIT CARD PURCHASE, *****30158904458, AUT 090723 VISA DDA PUR<br>FOOTHILLS CHIROPRACTIC MARBLE HILL * GA | 11.60 |
| 09/11 | DEBIT CARD PURCHASE, *****30158904458, AUT 090823 VISA DDA PUR<br>SOLAR NAILS TAN MARBLE HILL * GA | 113.00 |
| 09/11 | DEBIT CARD PURCHASE, *****30158904458, AUT 090823 VISA DDA PUR<br>SQ TIPPY TATE * GA | 12.09 |
| 09/11 | DEBIT CARD PURCHASE, *****30158904458, AUT 090823 VISA DDA PUR<br>PP STATION 53 SALON TATE * GA | 45.00 |
| 09/11 | DEBIT CARD PURCHASE, *****30158904458, AUT 090923 VISA DDA PUR<br>VENMO VISA DIRECT * NY | 250.00 |
| 09/11 | DEBIT POS, *****30158904458, AUT 090923 DDA PURCHASE<br>SHELL SERVICE STATION JASPER * GA | 53.77 |
| 09/11 | DEBIT POS, *****30158904458, AUT 091123 DDA PURCHASE<br>ANTHROPOLOGIE 1 2800 OL ALPHARETTA * GA | 199.45 |
| 09/11 | DEBIT POS, *****30158904458, AUT 091123 DDA PURCHASE<br>MADEWELL 1229 ALPHARETTA * GA | 156.24 |
| 09/13 | DEBIT POS, *****30158904458, AUT 091323 DDA PURCHASE<br>SHELL SERVICE STATION JASPER * GA | 41.64 |
| | Subtotal: | 15,105.46 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/13 | PAPER STATEMENT FEE | 1.00 |
| | Subtotal: | 1.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR

| | |
|---|---|
| Page: | 8 of 9 |
| Statement Period: | Aug 14 2023-Sep 13 2023 |
| Cust Ref #: | 4365752926-630-T-### |
| Primary Account #: | 436-5752926 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/13 | 14,405.71 | 08/29 | 12,850.54 |
| 08/14 | 13,630.91 | 08/30 | 12,834.43 |
| 08/15 | 13,151.92 | 08/31 | 12,025.04 |
| 08/16 | 13,028.68 | 09/01 | 11,863.14 |
| 08/17 | 12,728.68 | 09/05 | 10,472.00 |
| 08/18 | 12,159.57 | 09/06 | 10,328.75 |
| 08/21 | 9,928.61 | 09/07 | 9,471.92 |
| 08/22 | 17,161.76 | 09/08 | 1,471.92 |
| 08/23 | 16,462.30 | 09/11 | 630.77 |
| 08/24 | 14,975.21 | 09/12 | 530.77 |
| 08/25 | 14,667.66 | 09/13 | 488.13 |
| 08/28 | 13,606.44 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Go paperless. Scan the QR code to opt in to paperless statements.

TD Bank
America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

AB 02 041848 06133 H 123 A
JUDITH L CARR
23 SILVERLEAF WAY
MANALAPAN NJ 07726-3173

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Aug 14 2023-Sep 13 2023 |
| Cust Ref #: | 4365752926-630-T-### |
| Primary Account #: | 436-5752926 |

041848 1/5

## TD Convenience Checking

JUDITH L CARR

Account # 436-5752926

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 14,405.71 | Average Collected Balance | 10,537.35 |
| Deposits | 8,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 1,288.88 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 8,100.00 | Days in Period | 31 |
| Electronic Payments | 15,105.46 | | |
| Service Charges | 1.00 | | |
| Ending Balance | 488.13 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $140.00 |

### DAILY ACCOUNT ACTIVITY

#### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/22 | DEPOSIT | 8,000.00 |
| | Subtotal: | 8,000.00 |

#### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/22 | DEBIT CARD CREDIT, *****30158904458, AUT 082123 VISA DDA REF SQ MR POOL MANALAPAN TOW * NJ | 201.25 |
| 08/30 | DEBIT CARD CREDIT, *****30158904458, AUT 082923 VISA DDA REF BANANAREPUBLIC US 5103 ALPHARETTA * GA | 282.25 |
| 09/01 | ACH DEPOSIT, SSA TREAS 310 XXSOC SEC ****22189A SSA | 656.10 |
| 09/07 | DEBIT CARD CREDIT, *****30158904458, AUT 090623 VISA DDA REF ARCTIC AIR ARCTICAC OLD BRIDGE * NJ | 149.28 |
| | Subtotal: | 1,288.88 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | 488.13 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | - |
| 5 | Adjusted Balance | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

## INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR

| | |
|---|---|
| Page: | 3 of 9 |
| Statement Period: | Aug 14 2023-Sep 13 2023 |
| Cust Ref #: | 4365752926-630-T-### |
| Primary Account #: | 436-5752926 |

041848 2/5

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 2 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/08 | 143 | 8,000.00 |
| 09/12 | 146* | 100.00 |

Subtotal: 8,100.00

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/14 | DEBIT CARD PURCHASE, *****30158904458, AUT 081023 VISA DDA PUR<br>FOOTHILLS CHIROPRACTIC MARBLE HILL * GA | 251.60 |
| 08/14 | DEBIT CARD PURCHASE, *****30158904458, AUT 081123 VISA DDA PUR<br>FOOTHILLS IGA MARBLE HILL * GA | 21.99 |
| 08/14 | DEBIT CARD PURCHASE, *****30158904458, AUT 081223 VISA DDA PUR<br>SQ SALON 84 JASPER * GA | 37.00 |
| 08/14 | DEBIT CARD PURCHASE, *****30158904458, AUT 081223 VISA DDA PUR<br>BANANAREPUBLIC US 5103 ALPHARETTA * GA | 282.25 |
| 08/14 | ELECTRONIC PMT-WEB, PAYMENT FOR AMZ STORECARD ****454365 | 31.96 |
| 08/14 | DEBIT POS, *****30158904458, AUT 081423 DDA PURCHASE<br>WAL MART SUPER CENTER JASPER * GA | 23.10 |
| 08/14 | DEBIT POS, *****30158904458, AUT 081423 DDA PURCH W/CB<br>INGLES MARKETS JASPER * GA | 126.90 |
| 08/15 | DEBIT CARD PURCHASE, *****30158904458, AUT 081423 VISA DDA PUR<br>FOOTHILLS IGA MARBLE HILL * GA | 35.99 |
| 08/15 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S2YTSIGXGV0K34 | 143.00 |
| 08/15 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S5P9KYMF5FGFCG | 300.00 |
| 08/16 | DEBIT CARD PURCHASE, *****30158904458, AUT 081523 VISA DDA PUR<br>WILKES OF BALL GROUND BALL GROUND * GA | 38.57 |
| 08/16 | DEBIT CARD PURCHASE, *****30158904458, AUT 081523 VISA DDA PUR<br>FOOTHILLS IGA MARBLE HILL * GA | 30.87 |
| 08/16 | DEBIT POS, *****30158904458, AUT 081623 DDA PURCH W/CB<br>INGLES MARKETS JASPER * GA | 53.80 |
| 08/17 | DEBIT CARD PURCHASE, *****30158904458, AUT 081623 VISA DDA PUR<br>SQ SALON 84 JASPER * GA | 300.00 |
| 08/18 | DEBIT CARD PURCHASE, *****30158904458, AUT 081623 VISA DDA PUR<br>TST HOME RESTAURANT MARBLE HILL * GA | 61.66 |
| 08/18 | DEBIT CARD PURCHASE, *****30158904458, AUT 081723 VISA DDA PUR<br>SQ FEATHER STONE BOUT MARBLE HILL * GA | 170.95 |
| 08/18 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S6BUAR6A9ZENCG | 200.00 |
| 08/18 | DEBIT CARD PURCHASE, *****30158904458, AUT 081823 VISA DDA PUR<br>VENMO VISA DIRECT * NY | 30.00 |
| 08/18 | NONTD ATM DEBIT, *****30158904458, AUT 081823 DDA WITHDRAW<br>303 GORDONS CORNER RD MANALAPAN * NJ | 103.50 |
| 08/18 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 08/21 | DEBIT CARD PURCHASE, *****30158904458, AUT 081723 VISA DDA PUR<br>ARTISAN BEAUTE ATLANTA * GA | 450.00 |



Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR

Page: 4 of 9
Statement Period: Aug 14 2023-Sep 13 2023
Cust Ref #: 4365752926-630-T-###
Primary Account #: 436-5752926

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/21 | DEBIT CARD PURCHASE, *****30158904458, AUT 081823 VISA DDA PUR<br>EDEN NAIL SPA V MANALAPAN * NJ | 124.00 |
| 08/21 | DEBIT CARD PURCHASE, *****30158904458, AUT 081923 VISA DDA PUR<br>VENMO VISA DIRECT * NY | 750.00 |
| 08/21 | DEBIT CARD PURCHASE, *****30158904458, AUT 081923 VISA DDA PUR<br>BUTCHS LUBE N WASH RED BANK * NJ | 34.64 |
| 08/21 | DEBIT POS, *****30158904458, AUT 081923 DDA PURCHASE<br>GDP SOMETHING NEW SALON MANALAPAN * NJ | 260.00 |
| 08/21 | DEBIT POS, *****30158904458, AUT 082023 DDA PURCH W/CB<br>SHOPRITE MARLBORO S1 MARLBORO * NJ | 157.17 |
| 08/21 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S6RH4U4XVRM3ZK | 100.00 |
| 08/21 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>VENMO VISA DIRECT * NY | 40.00 |
| 08/21 | NONTD BALANCE INQUIRY, *****30158904458<br>AUT 082123 DDA BAL INQ<br>LK306509 OLD BRIDGE * NJ | 0.00 |
| 08/21 | NONTD ATM DEBIT, *****30158904458, AUT 082123 DDA WITHDRAW<br>LK306509 OLD BRIDGE * NJ | 202.20 |
| 08/21 | DEBIT POS, *****30158904458, AUT 082123 DDA PURCHASE<br>CVS PHARMACY 02 02508 MANALAPAN * NJ | 106.95 |
| 08/21 | BAL INQ FEE, BAL INQ FEE | 3.00 |
| 08/21 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 08/22 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>SQ MR POOL MANALAPAN TOW * NJ | 201.25 |
| 08/22 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>SQ MR POOL MANALAPAN TOW * NJ | 87.33 |
| 08/22 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>CENTRAL JERSEY POOL FREEHOLD * NJ | 212.18 |
| 08/22 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>SALON BELLADONNA OLD BRIDGE * NJ | 40.00 |
| 08/22 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>USPS PO 3324450393 MANALAPAN * NJ | 11.66 |
| 08/22 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>POINT CREAMERY POINT PLEASAN * NJ | 24.67 |
| 08/22 | DEBIT POS, *****30158904458, AUT 082223 DDA PURCH W/CB<br>WEGMANS 95 US HIGHWAY 9 MANALAPAN * NJ | 391.01 |
| 08/23 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>ACCESS COUNSELING INC 877 410 5368 * CA | 64.15 |
| 08/23 | DEBIT CARD PURCHASE, *****30158904458, AUT 082223 VISA DDA PUR<br>PASTOSA RAVIOLI MANALAPAN * NJ | 37.09 |
| 08/23 | DEBIT CARD PURCHASE, *****30158904458, AUT 082223 VISA DDA PUR<br>ARCTIC AIR ARCTICAC 732 2511111 * NJ | 149.28 |
| 08/23 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S7EI9R3VMPAGTS | 398.94 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR

Page: 9 of 9
Statement Period: Aug 14 2023-Sep 13 2023
Cust Ref #: 4365752926-630-T-###
Primary Account #: 436-5752926

041848 5/5

## Upcoming changes to your TD Bank account(s)

**We want to make you aware of some changes we're implementing to your deposit account on September 15, 2023 or shortly after.** Not all of these changes may affect you, but please see the information below so that you can make the best decisions to fit your banking needs.

**Increasing Paper Statement fee to $3**

We are increasing the fee for receiving paper statements. This change will apply to the account types outlined in the chart below. But you can avoid these fees just by enrolling in paperless statements. Log in to Online Banking or the TD Bank app to set it up.

| Account Type | Current Fee | New Fee |
|---|---|---|
| TD Simple Checking | $1 | **$3** |
| TD Convenience Checking | $1 | **$3** |
| TD Beyond Checking | $0 | **$3** |
| TD Premier Checking | $0 | **$3** |
| TD Interest Checking | $0 | **$3** |
| TD Student Checking | $0 | **$3** |
| TD Core Checking | $0 | **$3** |
| TD Value Checking | $0 | **$3** |
| TD Relationship Checking | $0 | **$3** |
| TD 50 Plus Checking | $0 | **$3** |

**Additional things to know regarding this fee change:**

- If you are currently enrolled to receive paperless statements, this fee will not impact you.
- This fee increase **will not apply** if you have a TD 60 Plus Checking, TD Essential Banking, TD Growth Money Market, TD Wealth or TD personal savings account.

**We're eliminating some of our deposit product fees as well. Here's what you can expect.**

**We're eliminating the Return Deposit Item fee**

If a check you deposited into your account is returned, you'll no longer be charged a fee.

**We're eliminating the Non-Sufficient Funds fee on savings accounts**

We won't charge you a Non-Sufficient Funds fee for returned payments on your personal savings account, no matter the reason.

**We're decreasing Excess Transaction fees**

We're reducing the fee to $3 (per transaction) if you make transactions more than 6 times a month with your savings account.

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender




America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG
23 SILVERLEAF WAY
MANALAPAN NJ 07726

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Sep 18 2023-Oct 13 2023 |
| Cust Ref #: | 4429206596-630-T-### |
| Primary Account #: | 442-9206596 |

## TD Convenience Checking

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

Account # 442-9206596

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 4,289.93 |
| Deposits | 5,987.76 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 1,115.75 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 3,916.91 | Days in Period | 26 |
| Ending Balance | 3,186.60 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

DAILY ACCOUNT ACTIVITY

### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | DEPOSIT | 296.76 |
| 09/21 | DEPOSIT | 191.00 |
| 09/21 | DEPOSIT | 5,500.00 |
| | Subtotal: | 5,987.76 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | ACH DEPOSIT, SSA TREAS 310 XXSOC SEC ****22189A SSA | 821.00 |
| 10/06 | VISA TRANSFER, *****30158904458, AUT 100623 VISA TRANSFER VENMO CARR JUDY NEW YORK CITY * NY | 294.75 |
| | Subtotal: | 1,115.75 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/20 | DEBIT POS AP, *****30158904458, AUT 092023 DDA PURCHASE AP CVS PHARMACY 02 02508 MANALAPAN * NJ | 20.23 |
| 09/20 | DEBIT POS AP, *****30158904458, AUT 092023 DDA PURCHASE AP GDP SOMETHING NEW SALON MANALAPAN * NJ | 46.80 |
| 09/22 | DBCRD PUR AP, *****30158904458, AUT 092023 VISA DDA PUR AP ACCESS COUNSELING INC 877 410 5368 * CA | 21.40 |
| 09/22 | DBCRD PUR AP, *****30158904458, AUT 092123 VISA DDA PUR AP MUELLER S BAKERY BAY HEAD * NJ | 47.15 |
| 09/22 | DBCRD PUR AP, *****30158904458, AUT 092123 VISA DDA PUR AP SQ THE FARM FARMINGDALE * NJ | 32.00 |
| 09/22 | DBCRD PUR AP, *****30158904458, AUT 092123 VISA DDA PUR AP SQ NOON DESIGN SHOP NJ BAY HEAD * NJ | 7.50 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

| | | |
|---|---|---|
| Your ending balance shown on this statement is: | **Ending Balance** | **3,186.60** |
| List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2. | **Total Deposits** | + |
| Subtotal by adding lines 1 and 2. | **Sub Total** | |
| List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4. | **Total Withdrawals** | - |
| Subtract Line 4 from 3. This adjusted balance should equal your account balance. | **Adjusted Balance** | |

**Total Deposits**

**Total Withdrawals**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Sep 18 2023-Oct 13 2023 |
| Cust Ref #: | 4429206596-630-T-### |
| Primary Account #: | 442-9206596 |

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/22 | DBCRD PUR AP, *****30158904458, AUT 092123 VISA DDA PUR AP MUELLER S BAKERY BAY HEAD * NJ | 8.00 |
| 09/22 | DEBIT POS AP, *****30158904458, AUT 092123 DDA PURCHASE AP WEGMANS 95 US HIGHWAY 9 MANALAPAN * NJ | 69.21 |
| 09/22 | DEBIT POS AP, *****30158904458, AUT 092223 DDA PURCHASE AP TARGET T 55 US HWY 9 MANALAPAN * NJ | 164.44 |
| 09/25 | DBCRD PUR AP, *****30158904458, AUT 092223 VISA DDA PUR AP SQ JOLIE BY THE SEA BOU SHREWSBURY * NJ | 621.35 |
| 09/25 | DBCRD PUR AP, *****30158904458, AUT 092223 VISA DDA PUR AP EDEN NAIL SPA V MANALAPAN * NJ | 144.00 |
| 09/25 | DBCRD PUR AP, *****30158904458, AUT 092323 VISA DDA PUR AP NC 700 TENNENT RD MANALAPAN TOW * NJ | 27.37 |
| 09/27 | ELECTRONIC PMT-WEB, QUARTERLY FEE PAYMENT 6PE4C10CUR1 | 250.00 |
| 10/06 | ELECTRONIC PMT-WEB, QUARTERLY FEE PAYMENT 6PES645PSR1 | 250.00 |
| 10/10 | DBCRD PUR AP, *****30158904458, AUT 100623 VISA DDA PUR AP APPLE COM BILL 866 712 7753 * CA | 2.99 |
| 10/10 | DBCRD PMT AP, *****30158904458, AUT 100623 VISA DDA PUR AP APPLE COM BILL 866 712 7753 * CA | 2.99 |
| 10/10 | DBCRD PUR AP, *****30158904458, AUT 100923 VISA DDA PUR AP DRY CLEANERS ENGLISHTOWN * NJ | 32.25 |
| 10/10 | DEBIT POS AP, *****30158904458, AUT 100923 DDA PURCHASE AP SHOPRITE MARLBORO S1 MARLBORO * NJ | 255.33 |
| 10/10 | DBCRD PUR AP, *****30158904458, AUT 100923 VISA DDA PUR AP ACI ALLY BANK 502 800 252 9638 * NE | 843.24 |
| 10/10 | DBCRD PUR AP, *****30158904458, AUT 100923 VISA DDA PUR AP EDEN NAIL SPA V MANALAPAN * NJ | 119.00 |
| 10/10 | DEBIT POS AP, *****30158904458, AUT 100923 DDA PURCHASE AP WEGMANS 95 US HIGHWAY 9 MANALAPAN * NJ | 202.09 |
| 10/10 | DEBIT POS AP, *****30158904458, AUT 100923 DDA PURCHASE AP CVS PHARMACY 02 02508 MANALAPAN * NJ | 25.67 |
| 10/10 | DEBIT POS AP, *****30158904458, AUT 100923 DDA PURCHASE AP WALGREENS STORE 2 GORDON MANALAPAN * NJ | 44.04 |
| 10/10 | DEBIT POS AP, *****30158904458, AUT 100923 DDA PURCHASE AP WALGREENS STORE 2 GORDON MANALAPAN * NJ | 15.95 |
| 10/10 | DEBIT POS AP, *****30158904458, AUT 101023 DDA PURCHASE AP WEGMANS 95 US HIGHWAY 9 MANALAPAN * NJ | 182.76 |
| 10/11 | DBCRD PUR AP, *****30158904458, AUT 100923 VISA DDA PUR AP SHELL OIL 57545712002 MANALAPAN * NJ | 54.29 |
| 10/11 | DBCRD PUR AP, *****30158904458, AUT 100923 VISA DDA PUR AP TRATTORIA RAVELLO ENGLISHTOWN * NJ | 12.00 |
| 10/11 | DBCRD PUR AP, *****30158904458, AUT 101023 VISA DDA PUR AP 739 TELEGRAPH 1ST ED PHILADELPHIA * PA | 5.69 |
| 10/11 | DEBIT POS AP, *****30158904458, AUT 101123 DDA PURCHASE AP FOOTHILLS IGA M MARBLE HILL * GA | 56.15 |



America's Most Convenient Bank®

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

Statement Period: Sep 18 2023-Oct 13 2023
Cust Ref #: 4429206596-630-T-###
Primary Account #: 442-9206596

## Electronic Payments (continued)

| | | |
|---|---|---|
| 10/12 | DBCRD PUR AP, *****30158904458, AUT 101123 VISA DDA PUR AP<br>NJMVC 913 754 7059 * NJ | 38.86 |
| 10/12 | DBCRD PUR AP, *****30158904458, AUT 101123 VISA DDA PUR AP<br>FARM FRESH BEEF PRODUC BALL GROUND * GA | 137.33 |
| 10/12 | DEBIT POS AP, *****30158904458, AUT 101223 DDA PURCHASE AP<br>FOOTHILLS IGA M MARBLE HILL * GA | 26.83 |
| 10/13 | DBCRD PUR AP, *****30158904458, AUT 101223 VISA DDA PUR AP<br>SQ SALON 84 JASPER * GA | 150.00 |
| | Subtotal: | 3,916.91 |

| | | | |
|---|---|---|---|
| 09/18 | 0.00 | 10/03 | 5,349.31 |
| 09/18 | 296.76 | 10/06 | 5,394.06 |
| 09/20 | 229.73 | 10/10 | 3,667.75 |
| 09/21 | 5,920.73 | 10/11 | 3,539.62 |
| 09/22 | 5,571.03 | 10/12 | 3,336.60 |
| 09/25 | 4,778.31 | 10/13 | 3,186.60 |
| 09/27 | 4,528.31 | | |