UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br> JUDITH CARR, <br><br> Debtor. | Case No.: __23-17710__ <br> Chapter: __11__ <br> Judge: __Christine M. Gravelle__ |

### NOTICE OF PROPOSED PRIVATE SALE

____Judith Carr____, ____the Debtor____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| |
|---|
| Address of the Clerk: United States Bankruptcy Court <br> 402 East State Street <br> Trenton, New Jersey 08608 |

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __February 27, 2024__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 East State Street, Trenton, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| |
|---|
| Description of property to be sold: Single family residence at 23 Silverleaf Way, Manalapan Township, Monmouth County, New Jersey |

| |
|---|
| Proposed Purchaser: Galina Belokon |

| |
|---|
| Sale price: $1,100,000.00 |

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| |
|---|
| Name of Professional: <br> Amount to be paid: <br> Services rendered: |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Timothy P. Neumann, Esq.

Address: 25 Abe Voorhees Drive Manasquan, New Jersey 08736

Telephone No.: (732) 223-8484

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 23-17710-CMG
Judith L Carr     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Jan 29, 2024     Form ID: pdf905     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judith L Carr, 23 Silverleaf Way, Manalapan, NJ 07726-3173 |
| 520016449 | | Covered Bridge Condo Assn, 1 Amberly Dr, Manalapan, NJ 07726-2000 |
| 520016451 | | Homewood Residential Inc, PO Box 619063, Dallas, TX 75261-9063 |
| 520016452 | | McGovern Legal Services, 850 Route 1, North Brunswick, NJ 08902 |
| 520016454 | | Monroe County Tax Collector, Monroe Adm Bldg 1 Quaker Plz Unit 4, Stroudsburg, PA 18360-2141 |
| 520015951 | | PHH mortgage, Ocwen Servicing LLC, Attn Bankruptcy, 1661 Worthing d Ste 100, West Palm Beach FL 33409 |
| 520015950 | | Rob Saltzman, Esq., Pleuse, Becker & Saltzmam, 20000 Horizon Way, Suite 900, Mt. Laurel NJ 08054-4318 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 29 2024 20:47:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520016534 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 29 2024 20:59:38 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520024458 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 29 2024 20:59:13 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520016443 | | Email/Text: ally@ebn.phinsolutions.com | Jan 29 2024 20:47:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 520016444 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 29 2024 20:47:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520016445 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 29 2024 20:47:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520016446 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2024 20:59:40 | Bloomingdales/Citibank, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520016447 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2024 20:59:45 | Cap1/l&t, PO Box 31293, Salt Lake City, UT 84131-0293, Cap1/neimn, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520016448 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2024 20:59:48 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520058639 | | Email/Text: BKEBN-Notifications@ocwen.com | Jan 29 2024 20:47:00 | Deutsche Bank National Trust Company, c/o PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |

Case 23-17710-CMG  Doc 27  Filed 01/31/24  Entered 02/01/24 00:17:56  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: pdf905 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520016450 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 29 2024 21:10:23 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520079314 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 29 2024 20:47:00 | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Suite 300, Greenwood Village, Colorado 80111-4720 |
| 520080098 | + | Email/Text: signed.order@pfwattorneys.com | Jan 29 2024 20:47:00 | JERSEY SHORE ANESTHESIOLOGY ASSOCIATES, C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520079813 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2024 20:59:40 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520024259 | + | Email/Text: MKnitter@monroecountypa.gov | Jan 29 2024 20:48:00 | MONROE COUNTY TAX CLAIM BUREAU, 1 QUAKER PLAZA, ROOM 104, STROUDSBURG, PA 18360-2141 |
| 520016453 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 29 2024 20:59:23 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520016458 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 29 2024 20:47:00 | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 520016459 | + | Email/Text: dnj@pbslaw.org | Jan 29 2024 20:47:00 | Pleuse Becker & Saltzman, 20000 Horizon Way, Mount Laurel, NJ 08054-4318 |
| 520080279 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2024 20:48:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 520016460 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 29 2024 20:47:00 | Specialized Loan Servi, PO Box 630147, Littleton, CO 80163-0147 |
| 520015949 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 29 2024 20:47:00 | Speciialized Loan Servicing LLC, Attn: Bankruptcy, P O OBx 630147, Littleton CO 80163-0147 |
| 520016461 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2024 20:59:27 | Syncb/amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520016462 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 29 2024 20:47:00 | Tbom/Atls/Aspire, PO Box 105555, Atlanta, GA 30348-5555 |
| 520016463 | | Email/Text: bncmail@w-legal.com | Jan 29 2024 20:48:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 520016464 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 29 2024 20:59:24 | Wells Fargo Home Mortgage, Customer Service PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520016455 | | N J Grasshopper LLC |
| 520016456 | | Oak Knoll Condominium Associat |
| 520016457 | | Paul and Carol Schwartz |
| 520036996 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: pdf905 | Total Noticed: 34 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:

**Name** | **Email Address**
---|---
Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2006-OPT1, Asset-Backed Certificates, Series 2006-OPT1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov
Timothy P. Neumann | on behalf of Debtor Judith L Carr timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com
U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4