# UNITED STATES BANKRUPTCY COURT

#### DISTRICT OF  New Jersey

<Enter Division name if applicable, else delete this text>

| | | |
|---|---|---|
| In Re. JUDITH CARR | § | Case No.  23-17710 |
| | § | |
| | § | |
| _____ | § | |
| Debtor(s) | § | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2023          Petition Date: 09/01/2023

Months Pending: 1          Industry Classification: [0] [0] [0] [0]

Reporting Method:          Accrual Basis ⊙          Cash Basis ○

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

### Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Geoffrey Neumann                              Geoffrey Neumann
Signature of Responsible Party                    Printed Name of Responsible Party

09/18/2023
Date

                                                  25 Abe Voorhees Drive, Manasquan, NJ 08736
                                                  Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name JUDITH CARR

Case No. 23-17710

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $7,103 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $0 |
| c.  Total disbursements (net of transfers between accounts) | $3,916 | $0 |
| d.  Cash balance end of month (a+b-c) | $3,187 | |
| e.  Disbursements made by third party for the benefit of the estate | $3,000 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $6,916 | $0 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $0 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.  Inventory    (Book ○    Market ○    Other ◉    (attach explanation)) | $0 |
| d   Total current assets | $0 |
| e.  Total assets | $0 |
| f.  Postpetition payables (excluding taxes) | $0 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $0 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $0 |
| n.  Total liabilities (debt) (j+k+l+m) | $0 |
| o.  Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  JUDITH CARR                                    Case No.  23-17710

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | $0 | $6,000 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | Broege Neumann Fischer Shave | Lead Counsel | | | $0 | $6,000 |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |

Debtor's Name  JUDITH CARR                                      Case No.  23-17710

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name JUDITH CARR                                                    Case No. 23-17710

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | Other | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                          5

Debtor's Name JUDITH CARR                                    Case No. 23-17710

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  JUDITH CARR

Case No.  23-17710

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name JUDITH CARR

Case No. 23-17710

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○   No ◉

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○   No ◉

c.   Were any payments made to or on behalf of insiders?    Yes ○   No ◉

d.   Are you current on postpetition tax return filings?    Yes ○   No ◉

e.   Are you current on postpetition estimated tax payments?    Yes ○   No ◉

f.   Were all trust fund taxes remitted on a current basis?    Yes ○   No ◉

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○   No ◉

h.   Were all payments made to or on behalf of professionals approved by the court?    Yes ◉   No ○   N/A ○

i.   Do you have:        Worker's compensation insurance?    Yes ○   No ◉

        If yes, are your premiums current?    Yes ○   No ○   N/A ◉   (if no, see Instructions)

        Casualty/property insurance?    Yes ◉   No ○

        If yes, are your premiums current?    Yes ◉   No ○   N/A ○   (if no, see Instructions)

        General liability insurance?    Yes ◉   No ○

        If yes, are your premiums current?    Yes ◉   No ○   N/A ○   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?    Yes ○   No ◉

k.   Has a disclosure statement been filed with the court?    Yes ○   No ◉

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉   No ○

Debtor's Name  JUDITH CARR

Case No.  23-17710

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $5,987 |
| d. | Total income in the reporting period (a+b+c) | $5,987 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $3,916 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $3,916 |
| j. | Difference between total income and total expenses (d-i) | $2,071 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Judith L Carr

Signature of Responsible Party

Debtor

Title

Judith L. Carr

Printed Name of Responsible Party

10/18/2023

Date



**Bank**

America's Most Convenient Bank®

JUDITH L CARR

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page | 5 of 9 |
| Statement Period | Aug 14 2023-Sep 13 2023 |
| Cust Ref # | 4365752926-630-T-### |
| Primary Account # | 436-5752926 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/23 | DEBIT CARD PURCHASE, *****30158904458, AUT 082323 VISA DDA PUR<br>VENMO          VISA DIRECT   * NY | 50.00 |
| 08/24 | DEBIT CARD PURCHASE, *****30158904458, AUT 082223 VISA DDA PUR<br>SHELL OIL 57545712002    MANALAPAN    * NJ | 43.49 |
| 08/24 | ELECTRONIC PMT-WEB, ALLY ALLY PAYMT ****08309455 | 839.24 |
| 08/24 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****014720 | 300.00 |
| 08/24 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****015190 | 304.36 |
| 08/25 | DEBIT CARD PURCHASE, *****30158904458, AUT 082323 VISA DDA PUR<br>ACCESS COUNSELING INC    877 410 5368   * CA | 9.95 |
| 08/25 | DEBIT CARD PURCHASE, *****30158904458, AUT 082423 VISA DDA PUR<br>SALON BELLADONNA        OLD BRIDGE    * NJ | 40.00 |
| 08/25 | DEBIT CARD PURCHASE, *****30158904458, AUT 082423 VISA DDA PUR<br>VENMO          VISA DIRECT   * NY | 150.00 |
| 08/25 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S7T5Q1IBIMYPPS | 107.60 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082423 VISA DDA PUR<br>ACCESS COUNSELING INC    877 410 5368   * CA | 18.95 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082523 VISA DDA PUR<br>SQ  TWIST CONSIGNMENTS    MARBLE HILL   * GA | 63.61 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082523 VISA DDA PUR<br>FOOTHILLS IGA        MARBLE HILL   * GA | 173.74 |
| 08/28 | DEBIT POS, *****30158904458, AUT 082623 DDA PURCHASE<br>TARGET T 2022 CUMMING    CANTON      * GA | 121.12 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082623 VISA DDA PUR<br>ULTA  907          BOLINGBROOK   * IL | 261.23 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082623 VISA DDA PUR<br>ULTA  285          CANTON      * GA | 271.36 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082623 VISA DDA PUR<br>VENMO          VISA DIRECT   * NY | 50.00 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082623 VISA DDA PUR<br>ACCESS COUNSELING      877 4105368   * CA | 10.95 |
| 08/28 | DEBIT CARD PURCHASE, *****30158904458, AUT 082623 VISA DDA PUR<br>WILKES OF BALL GROUND    BALL GROUND   * GA | 22.46 |
| 08/28 | DEBIT POS, *****30158904458, AUT 082623 DDA PURCH W/CB<br>FOOTHILLS IGA        MARBLE HILL   * GA | 67.80 |
| 08/29 | DEBIT CARD PURCHASE, *****30158904458, AUT 082823 VISA DDA PUR<br>BR FACTORY US 2959      WOODSTOCK   * GA | 183.38 |
| 08/29 | DEBIT CARD PURCHASE, *****30158904458, AUT 082823 VISA DDA PUR<br>THE OUTLET SHOPPES AT AT    WOODSTOCK    * GA | 63.60 |
| 08/29 | DEBIT CARD PURCHASE, *****30158904458, AUT 082823 VISA DDA PUR<br>NEW BALANCE ATHLETICS IN    BOSTON      * MA | 84.79 |
| 08/29 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S8NY7DACRZ1X2O | 200.00 |
| 08/29 | DEBIT POS, *****30158904458, AUT 082923 DDA PURCHASE<br>MADEWELL 1229        ALPHARETTA   * GA | 224.13 |

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR

| | |
|---|---|
| Page | 7 of 9 |
| Statement Period: | Aug 14 2023-Sep 13 2023 |
| Cust Ref #: | 4365752926-630-T-### |
| Primary Account #: | 436-5752926 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | ELECTRONIC PMT-TEL, AMAZON STORE SYF PAYMNT ****072619N | 72.07 |
| 09/05 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S9XZJRQAXBVF00 | 221.16 |
| 09/05 | DEBIT POS, *****30158904458, AUT 090523 DDA PURCHASE | 41.60 |
| | GDP SOMETHING NEW SALON    MANALAPAN    * NJ | |
| 09/05 | DEBIT POS, *****30158904458, AUT 090523 DDA PURCHASE | 289.31 |
| | TARGET T  10100 BROOK    GLEN ALLEN    * VA | |
| 09/06 | DEBIT CARD PURCHASE, *****30158904458, AUT 090523 VISA DDA PUR | 114.25 |
| | DRY CLEANERS    ENGLISHTOWN    * NJ | |
| 09/06 | ACH DEBIT, MERRICK BANK COR PHONE PMT ****70353961435 | 4.00 |
| 09/06 | ELECTRONIC PMT-TEL, ASPIRE MC PMT EPAY ASPIRE MC PMT | 25.00 |
| 09/07 | DEBIT CARD PURCHASE, *****30158904458, AUT 090623 VISA DDA PUR | 843.24 |
| | ACI ALLY BANK  502    800 252 9638 * NE | |
| 09/07 | DEBIT POS, *****30158904458, AUT 090723 DDA PURCHASE | 162.87 |
| | FOOTHILLS IGA    MARBLE HILL    * GA | |
| 09/11 | DEBIT CARD PURCHASE, *****30158904458, AUT 090723 VISA DDA PUR | 11.60 |
| | FOOTHILLS CHIROPRACTIC    MARBLE HILL    * GA | |
| 09/11 | DEBIT CARD PURCHASE, *****30158904458, AUT 090823 VISA DDA PUR | 113.00 |
| | SOLAR NAILS   TAN    MARBLE HILL    * GA | |
| 09/11 | DEBIT CARD PURCHASE, *****30158904458, AUT 090823 VISA DDA PUR | 12.09 |
| | SQ  TIPPY    TATE    * GA | |
| 09/11 | DEBIT CARD PURCHASE, *****30158904458, AUT 090823 VISA DDA PUR | 45.00 |
| | PP STATION 53 SALON    TATE    * GA | |
| 09/11 | DEBIT CARD PURCHASE, *****30158904458, AUT 090923 VISA DDA PUR | 250.00 |
| | VENMO    VISA DIRECT  * NY | |
| 09/11 | DEBIT POS, *****30158904458, AUT 090923 DDA PURCHASE | 53.77 |
| | SHELL SERVICE STATION    JASPER    * GA | |
| 09/11 | DEBIT POS, *****30158904458, AUT 091123 DDA PURCHASE | 199.45 |
| | ANTHROPOLOGIE 1 2800 OL    ALPHARETTA  * GA | |
| 09/11 | DEBIT POS, *****30158904458, AUT 091123 DDA PURCHASE | 156.24 |
| | MADEWELL  1229    ALPHARETTA  * GA | |
| 09/13 | DEBIT POS, *****30158904458, AUT 091323 DDA PURCHASE | 41.64 |
| | SHELL SERVICE STATION    JASPER    * GA | |
| | Subtotal: | 15,105.46 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/13 | PAPER STATEMENT FEE | 1.00 |
| | Subtotal: | 1.00 |

**D Bank**
America's Most Convenient Bank®

JUDITH L CARR

STATEMENT OF ACCOUNT

Page                           8 of 9
Statement Period       Aug 14 2023-Sep 13 2023
Cost Ref #               4365752926-630-1-###
Primary Account #               436-5752926

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 08/13 | 14,405.71 | 08/29 | 12,850.54 |
| 08/14 | 13,630.91 | 08/30 | 12,834.49 |
| 08/15 | 13,151.92 | 08/31 | 12,025.04 |
| 08/16 | 13,028.68 | 09/01 | 11,863.14 |
| 08/17 | 12,728.68 | 09/05 | 10,472.00 |
| 08/18 | 12,159.57 | 09/06 | 10,328.75 |
| 08/21 | 9,928.61 | 09/07 | 9,471.82 |
| 08/22 | 17,161.76 | 09/08 | 1,471.92 |
| 08/23 | 16,462.30 | 09/11 | 630.77 |
| 08/24 | 14,975.21 | 09/12 | 530.77 |
| 08/25 | 14,667.66 | 09/13 | 488.12 |
| 08/28 | 13,606.44 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

AB 02 041848 06133 H 123 A

JUDITH L CARR
23 SILVERLEAF WAY
MANALAPAN NJ 07726-3173

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Aug 14 2023-Sep 13 2023 |
| Cust Ref # | 4365752926-630-T-### |
| Primary Account # | 436-5752926 |

## TD Convenience Checking

JUDITH L CARR                                    Account # 436-5752926

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 14,405.71 | Average Collected Balance | 10,537.35 |
| Deposits | 8,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 1,288.88 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 8,100.00 | Days in Period | 31 |
| Electronic Payments | 15,105.46 | | |
| Service Charges | 1.00 | | |
| Ending Balance | 488.13 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $140.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/22 | DEPOSIT | 8,000.00 |
| | Subtotal: | 8,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/22 | DEBIT CARD CREDIT, *****30158904458, AUT 082123 VISA DDA REF SQ MR POOL    MANALAPAN TOW * NJ | 201.25 |
| 08/30 | DEBIT CARD CREDIT, *****30158904458, AUT 082923 VISA DDA REF BANANAREPUBLIC US 5103   ALPHARETTA  * GA | 282.25 |
| 09/01 | ACH DEPOSIT, SSA  TREAS 310 XXSOC SEC ****22189A  SSA | 656.10 |
| 09/07 | DEBIT CARD CREDIT, *****30158904458, AUT 090623 VISA DDA REF ARCTIC AIR  ARCTICAC    OLD BRIDGE  * NJ | 149.28 |
| | Subtotal: | 1,288.88 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| Ending Balance | | 488.13 |
| Total Deposits | + | |
| Sub Total | | |
| Total Withdrawals | | |
| Adjusted Balance | | |

Total Deposits

Total Withdrawals

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR

| | |
|---|---|
| Page: | 3 of 9 |
| Statement Period: | Aug 14 2023-Sep 13 2023 |
| Cust Ref #: | 4365752926-630-T-### |
| Primary Account #: | 436-5752926 |

## DAILY ACCOUNT ACTIVITY

### Checks Paid

No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/08 | 143 | 8,000.00 |
| 09/12 | 146* | 100.00 |
| | Subtotal: | 8,100.00 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/14 | DEBIT CARD PURCHASE, *****30158904458, AUT 081023 VISA DDA PUR<br>FOOTHILLS CHIROPRACTIC    MARBLE HILL  * GA | 251.60 |
| 08/14 | DEBIT CARD PURCHASE, *****30158904458, AUT 081123 VISA DDA PUR<br>FOOTHILLS IGA        MARBLE HILL  * GA | 21.99 |
| 08/14 | DEBIT CARD PURCHASE, *****30158904458, AUT 081223 VISA DDA PUR<br>SQ  SALON 84        JASPER      * GA | 37.00 |
| 08/14 | DEBIT CARD PURCHASE, *****30158904458, AUT 081223 VISA DDA PUR<br>BANANAREPUBLIC US 5103    ALPHARETTA  * GA | 282.25 |
| 08/14 | ELECTRONIC PMT-WEB, PAYMENT FOR AMZ STORECARD ****454365 | 31.96 |
| 08/14 | DEBIT POS, *****30158904458, AUT 081423 DDA PURCHASE<br>WAL MART SUPER CENTER    JASPER      * GA | 23.10 |
| 08/14 | DEBIT POS, *****30158904458, AUT 081423 DDA PURCH W/CB<br>INGLES MARKETS        JASPER      * GA | 126.90 |
| 08/15 | DEBIT CARD PURCHASE, *****30158904458, AUT 081423 VISA DDA PUR<br>FOOTHILLS IGA        MARBLE HILL  * GA | 35.99 |
| 08/15 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S2YTSIGXGV0K34 | 143.00 |
| 08/15 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S5P9KYMF5FGFCG | 300.00 |
| 08/16 | DEBIT CARD PURCHASE, *****30158904458, AUT 081523 VISA DDA PUR<br>WILKES OF BALL GROUND    BALL GROUND  * GA | 38.57 |
| 08/16 | DEBIT CARD PURCHASE, *****30158904458, AUT 081523 VISA DDA PUR<br>FOOTHILLS IGA        MARBLE HILL  * GA | 30.87 |
| 08/16 | DEBIT POS, *****30158904458, AUT 081623 DDA PURCH W/CB<br>INGLES MARKETS        JASPER      * GA | 53.80 |
| 08/17 | DEBIT CARD PURCHASE, *****30158904458, AUT 081623 VISA DDA PUR<br>SQ  SALON 84        JASPER      * GA | 300.00 |
| 08/18 | DEBIT CARD PURCHASE, *****30158904458, AUT 081623 VISA DDA PUR<br>TST HOME RESTAURANT    MARBLE HILL  * GA | 61.66 |
| 08/18 | DEBIT CARD PURCHASE, *****30158904458, AUT 081723 VISA DDA PUR<br>SQ  FEATHER  STONE BOUT  MARBLE HILL  * GA | 170.95 |
| 08/18 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S6BUAR6A9ZENCG | 200.00 |
| 08/18 | DEBIT CARD PURCHASE, *****30158904458, AUT 081823 VISA DDA PUR<br>VENMO        VISA DIRECT  * NY | 30.00 |
| 08/18 | NONTD ATM DEBIT, *****30158904458, AUT 081823 DDA WITHDRAW<br>303 GORDONS CORNER RD    MANALAPAN  * NJ | 103.50 |
| 08/18 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 08/21 | DEBIT CARD PURCHASE, *****30158904458, AUT 081723 VISA DDA PUR<br>ARTISAN BEAUTE      ATLANTA    * GA | 450.00 |


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR

| | |
|---|---|
| Page | 4 of 9 |
| Statement Period | Aug 14 2023-Sep 13 2023 |
| Cust Ref # | 4365752926-630-T-### |
| Primary Account # | 436 5752926 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/21 | DEBIT CARD PURCHASE, *****30158904458, AUT 081823 VISA DDA PUR<br>EDEN NAIL SPA V      MANALAPAN    * NJ | 124 00 |
| 08/21 | DEBIT CARD PURCHASE, *****30158904458, AUT 081923 VISA DDA PUR<br>VENMO          VISA DIRECT  * NY | 750 00 |
| 08/21 | DEBIT CARD PURCHASE, *****30158904458, AUT 081923 VISA DDA PUR<br>BUTCHS LUBE N WASH    RED BANK    * NJ | 34 64 |
| 08/21 | DEBIT POS, *****30158904458, AUT 081923 DDA PURCHASE<br>GDP SOMETHING NEW SALON    MANALAPAN    * NJ | 260 00 |
| 08/21 | DEBIT POS, *****30158904458, AUT 082023 DDA PURCH W/CB<br>SHOPRITE MARLBORO ST    MARLBORO    * NJ | 157 12 |
| 08/21 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S6RH4U4XVRM3ZK | 100 00 |
| 08/21 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>VENMO          VISA DIRECT  * NY | 40 00 |
| 08/21 | NONTD BALANCE INQUIRY, *****30158904458<br>AUT 082123 DDA BAL INQ<br>LK306509          OLD BRIDGE    * NJ | 0 00 |
| 08/21 | NONTD ATM DEBIT, *****30158904458, AUT 082123 DDA WITHDRAW<br>LK306509          OLD BRIDGE    * NJ | 202 20 |
| 08/21 | DEBIT POS, *****30158904458, AUT 082123 DDA PURCHASE<br>CVS PHARMACY 02 02508    MANALAPAN    * NJ | 106 95 |
| 08/21 | BAL INQ FEE, BAL INQ FEE | 3 00 |
| 08/21 | NONTD ATM FEE, NONTD ATM FEE | 3 00 |
| 08/22 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>SQ MR POOL        MANALAPAN TOW * NJ | 201 25 |
| 08/22 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>SQ MR POOL        MANALAPAN TOW * NJ | 87 33 |
| 08/22 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>CENTRAL JERSEY POOL    FREEHOLD    * NJ | 212 19 |
| 08/22 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>SALON BELLADONNA     OLD BRIDGE    * NJ | 40 00 |
| 08/22 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>USPS PO 3324450393    MANALAPAN    * NJ | 11 66 |
| 08/22 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>POINT CREAMERY      POINT PLEASAN * NJ | 24 67 |
| 08/22 | DEBIT POS, *****30158904458, AUT 082223 DDA PURCH W/CB<br>WEGMANS 95 US HIGHWAY 9  MANALAPAN    * NJ | 391 01 |
| 08/23 | DEBIT CARD PURCHASE, *****30158904458, AUT 082123 VISA DDA PUR<br>ACCESS COUNSELING INC    877 419 5368 * CA | 64 15 |
| 08/23 | DEBIT CARD PURCHASE, *****30158904458, AUT 082223 VISA DDA PUR<br>PASTOSA RAVIOLI      MANALAPAN    * NJ | 37 09 |
| 08/23 | DEBIT CARD PURCHASE, *****30158904458, AUT 082223 VISA DDA PUR<br>ARCTIC AIR ARCTICA    732 2511111  * NJ | 149 20 |
| 08/23 | ELECTRONIC PMT-WEB, CAPITAL ONE MOBILE PMT 3S7EI9R3VMPAGTS | 398 94 |

# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR

| | |
|---|---|
| Page: | 9 of 9 |
| Statement Period: | Aug 14 2023-Sep 13 2023 |
| Cust Ref #: | 4365752926-630-T-### |
| Primary Account #: | 436-5752926 |

## Upcoming changes to your TD Bank account(s)

We want to make you aware of some changes we're implementing to your deposit account on September 15, 2023 or shortly after. Not all of these changes may affect you, but please see the information below so that you can make the best decisions to fit your banking needs.

**Increasing Paper Statement fee to $3**

We are increasing the fee for receiving paper statements. This change will apply to the account types outlined in the chart below. But you can avoid these fees just by enrolling in paperless statements. Log in to Online Banking or the TD Bank app to set it up.

| Account Type | Current Fee | New Fee |
|---|---|---|
| TD Simple Checking | $1 | $3 |
| TD Convenience Checking | $1 | $3 |
| TD Beyond Checking | $0 | $3 |
| TD Premier Checking | $0 | $3 |
| TD Interest Checking | $0 | $3 |
| TD Student Checking | $0 | $3 |
| TD Core Checking | $0 | $3 |
| TD Value Checking | $0 | $3 |
| TD Relationship Checking | $0 | $3 |
| TD 50 Plus Checking | $0 | $3 |

**Additional things to know regarding this fee change:**

- If you are currently enrolled to receive paperless statements, this fee will not impact you.
- This fee increase **will not apply** if you have a TD 60 Plus Checking, TD Essential Banking, TD Growth Money Market, TD Wealth or TD personal savings account.

We're eliminating some of our deposit product fees as well. Here's what you can expect.

**We're eliminating the Return Deposit Item fee**

If a check you deposited into your account is returned, you'll no longer be charged a fee.

**We're eliminating the Non-Sufficient Funds fee on savings accounts**

We won't charge you a Non-Sufficient Funds fee for returned payments on your personal savings account, no matter the reason.

**We're decreasing Excess Transaction fees**

We're reducing the fee to $3 (per transaction) if you make transactions more than 6 times a month with your savings account.

 **Bank**

America's Most Convenient Bank®

| | |
|---|---|
| JUDITH L CARR | Page: 1 of 4 |
| PERSONAL BANKRUPTCY 2317710CMG | Statement Period: Sep 18 2023-Oct 13 2023 |
| 23 SILVERLEAF WAY | Cust Ref #: 4429206596-630-T-### |
| MANALAPAN NJ 07726 | Primary Account #: 442-9206596 |

## TD Convenience Checking

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

Account # 442-9206596

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 4,289.93 |
| Deposits | 5,987.76 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 1,115.75 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 3,916.91 | Days in Period | 26 |
| Ending Balance | 3,186.60 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

## Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | DEPOSIT | 296.76 |
| 09/21 | DEPOSIT | 191.00 |
| 09/21 | DEPOSIT | 5,500.00 |
| | Subtotal: | 5,987.76 |

## Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | ACH DEPOSIT, SSA TREAS 310 XXSOC SEC ****22189A SSA | 821.00 |
| 10/06 | VISA TRANSFER, *****30158904458, AUT 100623 VISA TRANSFER VENMO CARR JUDY NEW YORK CITY * NY | 294.75 |
| | Subtotal: | 1,115.75 |

## Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/20 | DEBIT POS AP, *****30158904458, AUT 092023 DDA PURCHASE AP CVS PHARMACY 02 02508 MANALAPAN * NJ | 20.23 |
| 09/20 | DEBIT POS AP, *****30158904458, AUT 092023 DDA PURCHASE AP GDP SOMETHING NEW SALON MANALAPAN * NJ | 46.80 |
| 09/22 | DBCRD PUR AP, *****30158904458, AUT 092123 VISA DDA PUR AP ACCESS COUNSELING INC 877 410 5368 * CA | 21.40 |
| 09/22 | DBCRD PUR AP, *****30158904458, AUT 092123 VISA DDA PUR AP MUELLER S BAKERY BAY HEAD * NJ | 47.15 |
| 09/22 | DBCRD PUR AP, *****30158904458, AUT 092123 VISA DDA PUR AP SQ THE FARM FARMINGDALE * NJ | 32.00 |
| 09/22 | DBCRD PUR AP, *****30158904458, AUT 092123 VISA DDA PUR AP SQ NOON DESIGN SHOP NJ BAY HEAD * NJ | 7.50 |

Page: 2 of 4

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

Ending Balance        3,186.80

Total Deposits    +

Sub Total

Total Withdrawals

Adjusted Balance

Total Deposits

Total Withdrawals

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P. O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number
- A description of the error or transaction you are unsure about
- The dollar amount and date of the suspected error

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

In case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Average. The Bank uses the Daily Balance method to calculate the finance charge on your Money Line/Overdraft Protection account (the term "ODP" or "ODL" refers to Overdraft Protection). The Bank calculates the Average Daily Balance to the periodic statement as shown marked for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**Bank**

America's Most Convenient Bank®

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Sep 18 2023-Oct 13 2023 |
| Cust Ref #: | 4429206596-630-T-### |
| Primary Account #: | 442-9206596 |

## Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/22 | DBCRD PUR AP, *****30158904458, AUT 092123 VISA DDA PUR AP<br>MUELLER S BAKERY      BAY HEAD     * NJ | 8.00 |
| 09/22 | DEBIT POS AP, *****30158904458, AUT 092123 DDA PURCHASE AP<br>WEGMANS  95 US HIGHWAY 9   MANALAPAN    * NJ | 69.21 |
| 09/22 | DEBIT POS AP, *****30158904458, AUT 092223 DDA PURCHASE AP<br>TARGET T  55 US HWY 9      MANALAPAN   * NJ | 164.44 |
| 09/25 | DBCRD PUR AP, *****30158904458, AUT 092223 VISA DDA PUR AP<br>SQ JOLIE BY THE SEA BOU   SHREWSBURY   * NJ | 621.35 |
| 09/25 | DBCRD PUR AP, *****30158904458, AUT 092223 VISA DDA PUR AP<br>EDEN NAIL  SPA V     MANALAPAN    * NJ | 144.00 |
| 09/25 | DBCRD PUR AP, *****30158904458, AUT 092323 VISA DDA PUR AP<br>NC 700 TENNENT RD      MANALAPAN TOW * NJ | 27.37 |
| 09/27 | ELECTRONIC PMT-WEB, QUARTERLY FEE PAYMENT 6PE4C10CUR1 | 250.00 |
| 10/06 | ELECTRONIC PMT-WEB, QUARTERLY FEE PAYMENT 6PES645PSR1 | 250.00 |
| 10/10 | DBCRD PUR AP, *****30158904458, AUT 100623 VISA DDA PUR AP<br>APPLE COM BILL     866 712 7753  * CA | 2.99 |
| 10/10 | DBCRD PMT AP, *****30158904458, AUT 100623 VISA DDA PUR AP<br>APPLE COM BILL     866 712 7753  * CA | 2.99 |
| 10/10 | DBCRD PUR AP, *****30158904458, AUT 100923 VISA DDA PUR AP<br>DRY CLEANERS      ENGLISHTOWN  * NJ | 32.25 |
| 10/10 | DEBIT POS AP, *****30158904458, AUT 100923 DDA PURCHASE AP<br>SHOPRITE MARLBORO S1     MARLBORO    * NJ | 255.33 |
| 10/10 | DBCRD PUR AP, *****30158904458, AUT 100923 VISA DDA PUR AP<br>ACI ALLY BANK  502     800 252 9638 * NE | 843.24 |
| 10/10 | DBCRD PUR AP, *****30158904458, AUT 100923 VISA DDA PUR AP<br>EDEN NAIL  SPA V     MANALAPAN    * NJ | 119.00 |
| 10/10 | DEBIT POS AP, *****30158904458, AUT 100923 DDA PURCHASE AP<br>WEGMANS  95 US HIGHWAY 9   MANALAPAN    * NJ | 202.09 |
| 10/10 | DEBIT POS AP, *****30158904458, AUT 100923 DDA PURCHASE AP<br>CVS PHARMACY  02 02508     MANALAPAN   * NJ | 25.67 |
| 10/10 | DEBIT POS AP, *****30158904458, AUT 100923 DDA PURCHASE AP<br>WALGREENS STORE 2 GORDON   MANALAPAN    * NJ | 44.04 |
| 10/10 | DEBIT POS AP, *****30158904458, AUT 100923 DDA PURCHASE AP<br>WALGREENS STORE 2 GORDON   MANALAPAN    * NJ | 15.95 |
| 10/10 | DEBIT POS AP, *****30158904458, AUT 101023 DDA PURCHASE AP<br>WEGMANS  95 US HIGHWAY 9   MANALAPAN    * NJ | 182.76 |
| 10/11 | DBCRD PUR AP, *****30158904458, AUT 100923 VISA DDA PUR AP<br>SHELL OIL 57545712002    MANALAPAN    * NJ | 54.29 |
| 10/11 | DBCRD PUR AP, *****30158904458, AUT 100923 VISA DDA PUR AP<br>TRATTORIA RAVELLO      ENGLISHTOWN  * NJ | 12.00 |
| 10/11 | DBCRD PUR AP, *****30158904458, AUT 101023 VISA DDA PUR AP<br>739  TELEGRAPH 1ST ED    PHILADELPHIA * PA | 5.69 |
| 10/11 | DEBIT POS AP, *****30158904458, AUT 101123 DDA PURCHASE AP<br>FOOTHILLS IGA M      MARBLE HILL  * GA | 56.15 |

 **Bank**

America's Most Convenient Bank®

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

| | |
|---|---|
| Page | 4 of 4 |
| Statement Period | Sep 18 2023-Oct 13 2023 |
| Cust Ref # | 4429206596-630-T-### |
| Primary Account # | 442-9206596 |

## Electronic Payments (continued)

| Date | Description | | Amount |
|---|---|---|---|
| 10/12 | DBCRD PUR AP, *****30158904458, AUT 101123 VISA DDA PUR AP<br>NJMVC          913 754 7059  * NJ | | 38 88 |
| 10/12 | DBCRD PUR AP, *****30158904458, AUT 101123 VISA DDA PUR AP<br>FARM FRESH BEEF  PRODUC   BALL GROUND  * GA | | 137 33 |
| 10/12 | DEBIT POS AP, *****30158904458, AUT 101223 DDA PURCHASE AP<br>FOOTHILLS IGA M        MARBLE HILL  * GA | | 26 83 |
| 10/13 | DBCRD PUR AP, *****30158904458, AUT 101223 VISA DDA PUR AP<br>SQ  SALON 84         JASPER       * GA | | 150 00 |

Subtotal: 3,916 91

| | | | |
|---|---|---|---|
| 09/18 | 0.00 | 10/03 | 5,349 31 |
| 09/18 | 296.76 | 10/06 | 5,394 05 |
| 09/20 | 229.73 | 10/10 | 3,667 75 |
| 09/21 | 5,920.73 | 10/11 | 3,539 62 |
| 09/22 | 5,571.03 | 10/12 | 3,336 60 |
| 09/25 | 4,778.31 | 10/13 | 3,186 60 |
| 09/27 | 4,528.31 | | |