# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF new jersey
<Enter Division name if applicable, else delete this text>

In Re. JUDITH L. CARR  
Debtor(s)

Case No. 23-17710

☐ Jointly Administered

## Monthly Operating Report
Chapter 11

Reporting Period Ended: 10/31/2023  
Petition Date: 09/01/2023

Months Pending: 2  
Industry Classification: 0 0 0 0

Reporting Method:    Accrual Basis ⦿    Cash Basis ○

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements  
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit  
☐ Statement of operations (profit or loss statement)  
☐ Accounts receivable aging  
☐ Postpetition liabilities aging  
☐ Statement of capital assets  
☐ Schedule of payments to professionals  
☐ Schedule of payments to insiders  
☒ All bank statements and bank reconciliations for the reporting period  
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Judith L. Carr  
Signature of Responsible Party

Judith L. Carr  
Printed Name of Responsible Party

11/28/2023  
Date

2 Chesapeake Drive, Manalapan, NJ 07728  
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

1

Debtor's Name JUDITH L. CARR                                              Case No. 23-17710

### Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $3,186 | |
| b. | Total receipts (net of transfers between accounts) | $6,944 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $8,842 | $0 |
| d. | Cash balance end of month (a+b-c) | $1,288 | |
| e. | Disbursements made by third party for the benefit of the estate | $3,000 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $11,842 | $0 |

### Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---:|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory   (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

### Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

### Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name JUDITH L. CARR                                             Case No. 23-17710

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                3

Debtor's Name  JUDITH L. CARR                                                                 Case No. 23-17710

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

UST Form 11-MOR (12/01/2021)                                    4

Debtor's Name JUDITH L. CARR                                        Case No. 23-17710

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                         5

| Debtor's Name JUDITH L. CARR | | | | | | Case No. 23-17710 |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name JUDITH L. CARR                                                            Case No. 23-17710

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name JUDITH L. CARR                                      Case No. 23-17710

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions)    Yes ○    No ●

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)    Yes ○    No ●

c. Were any payments made to or on behalf of insiders?    Yes ○    No ●

d. Are you current on postpetition tax return filings?    Yes ○    No ●

e. Are you current on postpetition estimated tax payments?    Yes ○    No ●

f. Were all trust fund taxes remitted on a current basis?    Yes ○    No ●

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○    No ●

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○    No ○    N/A ●

i. Do you have:    Worker's compensation insurance?    Yes ○    No ●
    If yes, are your premiums current?    Yes ○    No ○    N/A ●    (if no, see Instructions)
    Casualty/property insurance?    Yes ○    No ●
    If yes, are your premiums current?    Yes ○    No ○    N/A ●    (if no, see Instructions)
    General liability insurance?    Yes ●    No ○
    If yes, are your premiums current?    Yes ●    No ○    N/A ○    (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ○    No ●

k. Has a disclosure statement been filed with the court?    Yes ○    No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●    No ○

UST Form 11-MOR (12/01/2021)                    8

Debtor's Name JUDITH L. CARR                                               Case No. 23-17710

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $6,945 |
| d. | Total income in the reporting period (a+b+c) | $6,945 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $8,839 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $8,839 |
| j. | Difference between total income and total expenses (d-i) | $-1,894 |
| k. | List the total amount of all postpetition debts that are past due | $3,000 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Judith L. Carr                                                          Judith L. Carr
Signature of Responsible Party                                             Printed Name of Responsible Party

debtor                                                                     02/02/2024
Title                                                                      Date

UST Form 11-MOR (12/01/2021)                         9



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG
23 SILVERLEAF WAY
MANALAPAN NJ  07726

| | |
|---|---|
| Page: | 1 of 6 |
| Statement Period: | Oct 14 2023-Nov 13 2023 |
| Cust Ref #: | 4429206596-630-T-### |
| Primary Account #: | 442-9206596 |

## TD Convenience Checking

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

Account # 442-9206596

### ACCOUNT SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | 3,186.60 | | Average Collected Balance | 3,037.77 |
| Deposits | 6,050.00 | | Interest Earned This Period | 0.00 |
| Electronic Deposits | 894.70 | | Interest Paid Year-to-Date | 0.00 |
| | | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 8,839.97 | | Days in Period | 31 |
| Service Charges | 3.00 | | | |
| Ending Balance | 1,288.33 | | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/27 | DEPOSIT | 6,050.00 |
| | Subtotal: | 6,050.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/23 | VISA TRANSFER, *****30158904458, AUT 102223 VISA TRANSFER<br>VENMO CARR JUDY    NEW YORK CITY * NY | 49.13 |
| 10/27 | VISA TRANSFER, *****30158904458, AUT 102723 VISA TRANSFER<br>VENMO CARR JUDY    NEW YORK CITY * NY | 24.57 |
| 11/03 | ACH DEPOSIT, SSA  TREAS 310 XXSOC SEC ****22189A  SSA | 821.00 |
| | Subtotal: | 894.70 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/16 | DBCRD PUR AP, *****30158904458, AUT 101223 VISA DDA PUR AP<br>ARTISAN BEAUTE    ATLANTA    * GA | 450.00 |
| 10/16 | DBCRD PUR AP, *****30158904458, AUT 101223 VISA DDA PUR AP<br>FOOTHILLS CHIROPRACTIC    MARBLE HILL  * GA | 23.20 |
| 10/16 | DBCRD PMT AP, *****30158904458, AUT 101323 VISA DDA PUR AP<br>APPLE COM BILL    866 712 7753  * CA | 2.99 |
| 10/16 | DBCRD PUR AP, *****30158904458, AUT 101323 VISA DDA PUR AP<br>SQ  TIPPY    TATE    * GA | 10.80 |
| 10/16 | DBCRD PUR AP, *****30158904458, AUT 101323 VISA DDA PUR AP<br>PP STATION 53 SALON    TATE    * GA | 45.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 6

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance: 1,288.33
② Total Deposits: +
③ Sub Total
④ Total Withdrawals: −
⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS | ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Total Deposits** | | | | | | **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**STATEMENT OF ACCOUNT**

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

| | |
|---|---|
| Page: | 3 of 6 |
| Statement Period: | Oct 14 2023-Nov 13 2023 |
| Cust Ref #: | 4429206596-630-T-### |
| Primary Account #: | 442-9206596 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/16 | DBCRD PUR AP, *****30158904458, AUT 101523 VISA DDA PUR AP<br>VENMO          VISA DIRECT  * NY | 30.00 |
| 10/17 | DBCRD PUR AP, *****30158904458, AUT 101623 VISA DDA PUR AP<br>UBER   TRIP       HELP UBER COM * CA | 88.62 |
| 10/17 | DEBIT POS AP, *****30158904458, AUT 101723 DDA PURCHASE AP<br>SHOPRITE MARLBORO S1     MARLBORO    * NJ | 226.29 |
| 10/17 | DEBIT POS AP, *****30158904458, AUT 101723 DDA PURCHASE AP<br>TRADER JOE S 59 TRADER   FREEHOLD   * NJ | 72.89 |
| 10/18 | DBCRD PUR AP, *****30158904458, AUT 101623 VISA DDA PUR AP<br>STARBUCKS 69422        NEWARK     * NJ | 13.21 |
| 10/18 | DBCRD PUR AP, *****30158904458, AUT 101623 VISA DDA PUR AP<br>APPLE COM BILL      866 712 7753 * CA | 10.65 |
| 10/19 | DBCRD PUR AP, *****30158904458, AUT 101723 VISA DDA PUR AP<br>APPLE STORE  R138       FREEHOLD    * NJ | 30.92 |
| 10/19 | DBCRD PUR AP, *****30158904458, AUT 101823 VISA DDA PUR AP<br>ACE DRY CLEANERS        ENGLISHTOWN  * NJ | 283.23 |
| 10/19 | DEBIT POS AP, *****30158904458, AUT 101923 DDA PURCHASE AP<br>WEGMANS  95 US HIGHWAY 9    MANALAPAN    * NJ | 183.92 |
| 10/20 | DBCRD PUR AP, *****30158904458, AUT 101823 VISA DDA PUR AP<br>SXM SIRIUSXM COM ACCT      888 635 5144 * NY | 11.63 |
| 10/20 | DEBIT POS AP, *****30158904458, AUT 102023 DDA PURCHASE AP<br>CVS PHARMACY  02 02508     MANALAPAN    * NJ | 31.91 |
| 10/20 | DBCRD PUR AP, *****30158904458, AUT 102023 VISA DDA PUR AP<br>VENMO          VISA DIRECT  * NY | 200.00 |
| 10/23 | DBCRD PUR AP, *****30158904458, AUT 101923 VISA DDA PUR AP<br>SHELL OIL 57545712002     MANALAPAN    * NJ | 35.21 |
| 10/23 | DBCRD PUR AP, *****30158904458, AUT 102023 VISA DDA PUR AP<br>IN  GREENLAWN SPRINKLER    732 9229600  * NJ | 181.26 |
| 10/23 | DBCRD PUR AP, *****30158904458, AUT 102023 VISA DDA PUR AP<br>AVANTI DAY RESORT       ENGLISHTOWN  * NJ | 140.00 |
| 10/23 | DBCRD PUR AP, *****30158904458, AUT 102223 VISA DDA PUR AP<br>VENMO          VISA DIRECT  * NY | 400.00 |
| 10/24 | DEBIT POS AP, *****30158904458, AUT 102423 DDA PURCHASE AP<br>GDP SOMETHING NEW SALON    MANALAPAN    * NJ | 46.80 |
| 10/24 | DEBIT POS AP, *****30158904458, AUT 102423 DDA PURCHASE AP<br>SHOPRITE MARLBORO S1     MARLBORO    * NJ | 149.45 |
| 10/25 | DBCRD PUR AP, *****30158904458, AUT 102423 VISA DDA PUR AP<br>GARDEN STATE CHIROPRACTI   MANALAPAN    * NJ | 25.00 |
| 10/25 | DBCRD PUR AP, *****30158904458, AUT 102523 VISA DDA PUR AP<br>VENMO          VISA DIRECT  * NY | 30.00 |
| 10/27 | DBCRD PUR AP, *****30158904458, AUT 102623 VISA DDA PUR AP<br>FARM FRESH BEEF  PRODUC   BALL GROUND  * GA | 182.21 |
| 10/27 | DEBIT POS AP, *****30158904458, AUT 102723 DDA PURCHASE AP<br>SHELL SERVICE STATION     JASPER     * GA | 45.54 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

Page: 4 of 6
Statement Period: Oct 14 2023-Nov 13 2023
Cust Ref #: 4429206596-630-T-###
Primary Account #: 442-9206596

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/27 | DEBIT POS AP, *****30158904458, AUT 102723 DDA PURCHASE AP NATURAL MARKET PLACE  JASPER  * GA | 43.10 |
| 10/30 | DBCRD PUR AP, *****30158904458, AUT 102723 VISA DDA PUR AP SQ  SHARP TOP CATERING  JASPER  * GA | 44.94 |
| 10/30 | DBCRD PUR AP, *****30158904458, AUT 102823 VISA DDA PUR AP POTTERYBARNKIDS COM   800 290 8181  * CA | 187.66 |
| 10/30 | DEBIT POS AP, *****30158904458, AUT 102823 DDA PURCHASE AP J CREW RETAIL  ALPHARETTA  * GA | 294.17 |
| 10/30 | DEBIT POS AP, *****30158904458, AUT 102823 DDA PURCHASE AP MADEWELL  1229  ALPHARETTA  * GA | 331.88 |
| 10/30 | DBCRD PUR AP, *****30158904458, AUT 102823 VISA DDA PUR AP STARBUCKS 52696  ALPHARETTA  * GA | 8.27 |
| 10/30 | DBCRD PUR AP, *****30158904458, AUT 102823 VISA DDA PUR AP NAP AVALON VALET  ALPHARETTA  * GA | 15.00 |
| 10/30 | DEBIT POS AP, *****30158904458, AUT 102823 DDA PURCH W/CB FOOTHILLS IGA M  MARBLE HILL  * GA | 106.60 |
| 10/30 | DBCRD PUR AP, *****30158904458, AUT 102923 VISA DDA PUR AP SOUTHERN OAK PROVISIONS  BALL GROUND  * GA | 120.84 |
| 10/30 | DEBIT POS AP, *****30158904458, AUT 103023 DDA PURCHASE AP USPS PO 1 12813 HIGHWA  MARBLE HILL  * GA | 12.55 |
| 10/30 | DEBIT POS AP, *****30158904458, AUT 103023 DDA PURCHASE AP WAL MART SUPER CENTER  JASPER  * GA | 135.69 |
| 10/30 | DEBIT POS AP, *****30158904458, AUT 103023 DDA PURCHASE AP FOOTHILLS IGA M  MARBLE HILL  * GA | 52.27 |
| 10/31 | DBCRD PUR AP, *****30158904458, AUT 103023 VISA DDA PUR AP JASPER EXPRESS WASH LLC  JASPER  * GA | 27.00 |
| 10/31 | DEBIT POS AP, *****30158904458, AUT 103123 DDA PURCHASE AP MADEWELL  1229  ALPHARETTA  * GA | 266.68 |
| 11/01 | DBCRD PUR AP, *****30158904458, AUT 102823 VISA DDA PUR AP B B TENT AND PARTY RENTA  732 886 5510  * NJ | 449.89 |
| 11/01 | DBCRD PUR AP, *****30158904458, AUT 103123 VISA DDA PUR AP NAP AVALON VALET  ALPHARETTA  * GA | 15.00 |
| 11/02 | DBCRD PUR AP, *****30158904458, AUT 103123 VISA DDA PUR AP TST  HOME RESTAURANT  770 893 7311  * GA | 33.17 |
| 11/02 | DEBIT POS AP, *****30158904458, AUT 110223 DDA PURCH W/CB FOOTHILLS IGA M  MARBLE HILL  * GA | 107.60 |
| 11/03 | DBCRD PUR AP, *****30158904458, AUT 110123 VISA DDA PUR AP TST  HOME RESTAURANT  MARBLE HILL  * GA | 57.31 |
| 11/03 | DEBIT POS AP, *****30158904458, AUT 110323 DDA PURCHASE AP ULTA  285  CANTON  * GA | 67.82 |
| 11/06 | DBCRD PUR AP, *****30158904458, AUT 110323 VISA DDA PUR AP SP SPANX  SPANX COM  * GA | 221.40 |
| 11/06 | DBCRD PUR AP, *****30158904458, AUT 110323 VISA DDA PUR AP SQ  SALON 84  JASPER  * GA | 111.08 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



```
STATEMENT OF ACCOUNT

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

Page:                 5 of 6
Statement Period:     Oct 14 2023-Nov 13 2023
Cust Ref #:           4429206596-630-T-###
Primary Account #:    442-9206596
```

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/06 | DBCRD PUR AP, *****30158904458, AUT 110423 VISA DDA PUR AP<br>SQ TOILE BUBBLE    MARBLE HILL  * GA | 125.00 |
| 11/06 | DEBIT POS AP, *****30158904458, AUT 110423 DDA PURCHASE AP<br>FOOTHILLS IGA M    MARBLE HILL  * GA | 21.20 |
| 11/06 | DBCRD PUR AP, *****30158904458, AUT 110423 VISA DDA PUR AP<br>FUEGO MEXICAN GRILL TE   MARBLE HILL  * GA | 9.63 |
| 11/06 | DBCRD PUR AP, *****30158904458, AUT 110623 VISA DDA PUR AP<br>VENMO          VISA DIRECT  * NY | 40.00 |
| 11/06 | DEBIT POS AP, *****30158904458, AUT 110623 DDA PURCHASE AP<br>PUBLIX SUPER MAR 12424 C  CANTON    * GA | 355.76 |
| 11/07 | DBCRD PUR AP, *****30158904458, AUT 110523 VISA DDA PUR AP<br>GAP ONLINE       800 4277895  * OH | 51.98 |
| 11/07 | DBCRD PMT AP, *****30158904458, AUT 110623 VISA DDA PUR AP<br>APPLE COM BILL    866 712 7753  * CA | 2.99 |
| 11/07 | DBCRD PUR AP, *****30158904458, AUT 110623 VISA DDA PUR AP<br>WILKES OF BALL GROUND    BALL GROUND  * GA | 56.49 |
| 11/07 | DBCRD PUR AP, *****30158904458, AUT 110623 VISA DDA PUR AP<br>FOOTHILLS CHIROPRACTIC    MARBLE HILL  * GA | 171.60 |
| 11/07 | DBCRD PUR AP, *****30158904458, AUT 110623 VISA DDA PUR AP<br>APPLE COM BILL    866 712 7753  * CA | 5.32 |
| 11/07 | DEBIT POS AP, *****30158904458, AUT 110723 DDA PURCHASE AP<br>SHELL SERVICE STATION    JASPER    * GA | 57.51 |
| 11/07 | DEBIT POS AP, *****30158904458, AUT 110723 DDA PURCHASE AP<br>INGLES MARKETS      JASPER    * GA | 86.92 |
| 11/08 | DBCRD PUR AP, *****30158904458, AUT 110723 VISA DDA PUR AP<br>GAP ONLINE       800 4277895  * OH | 49.95 |
| 11/08 | DBCRD PUR AP, *****30158904458, AUT 110723 VISA DDA PUR AP<br>SQ  SALON 84      JASPER    * GA | 42.00 |
| 11/08 | DBCRD PUR AP, *****30158904458, AUT 110823 VISA DDA PUR AP<br>GAP ONLINE       800 4277895  * OH | 27.47 |
| 11/09 | DBCRD PUR AP, *****30158904458, AUT 110823 VISA DDA PUR AP<br>ACI ALLY BANK  502    800 252 9638  * NE | 847.24 |
| 11/09 | DEBIT POS AP, *****30158904458, AUT 110923 DDA PURCHASE AP<br>TJMAXX  0 1 BUCKHEAD L    ATLANTA    * GA | 154.00 |
| 11/10 | DBCRD PUR AP, *****30158904458, AUT 110823 VISA DDA PUR AP<br>TST  HOME RESTAURANT     MARBLE HILL  * GA | 64.73 |
| 11/10 | DEBIT POS AP, *****30158904458, AUT 111023 DDA PURCHASE AP<br>SHELL SERVICE STATION    JASPER    * GA | 35.68 |
| 11/10 | DEBIT POS AP, *****30158904458, AUT 111023 DDA PURCHASE AP<br>PUBLIX SUPER MAR 12424 C  CANTON    * GA | 65.33 |
| 11/10 | DBCRD PUR AP, *****30158904458, AUT 111023 VISA DDA PUR AP<br>VENMO          VISA DIRECT  * NY | 75.00 |
| 11/13 | DBCRD PUR AP, *****30158904458, AUT 110923 VISA DDA PUR AP<br>ARTISAN BEAUTE       ATLANTA    * GA | 450.00 |



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

Page: 6 of 6
Statement Period: Oct 14 2023-Nov 13 2023
Cust Ref #: 4429206596-630-T-###
Primary Account #: 442-9206596

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | DBCRD PUR AP, *****30158904458, AUT 111023 VISA DDA PUR AP DUNKIN  355977 Q35     JASPER     * GA | 4.27 |
| 11/13 | DBCRD PUR AP, *****30158904458, AUT 111023 VISA DDA PUR AP LUXURY NAILS AND SPA     JASPER     * GA | 48.00 |
| 11/13 | DBCRD PUR AP, *****30158904458, AUT 111023 VISA DDA PUR AP SQ  SALON 84         JASPER     * GA | 187.00 |
| 11/13 | DBCRD PUR AP, *****30158904458, AUT 111023 VISA DDA PUR AP VENMO             VISA DIRECT  * NY | 20.00 |
| 11/13 | DEBIT POS AP, *****30158904458, AUT 111223 DDA PURCHASE AP TARGET T  2022 CUMMING    CANTON     * GA | 79.92 |
| 11/13 | DEBIT POS AP, *****30158904458, AUT 111323 DDA PURCHASE AP FOOTHILLS IGA M       MARBLE HILL  * GA | 44.33 |
|  | Subtotal: | 8,839.97 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | PAPER STATEMENT FEE | 3.00 |
|  | Subtotal: | 3.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/13 | 3,186.60 | 10/31 | 4,712.92 |
| 10/16 | 2,624.61 | 11/01 | 4,248.03 |
| 10/17 | 2,236.81 | 11/02 | 4,107.26 |
| 10/18 | 2,212.95 | 11/03 | 4,803.13 |
| 10/19 | 1,714.88 | 11/06 | 3,919.06 |
| 10/20 | 1,471.34 | 11/07 | 3,486.25 |
| 10/23 | 764.00 | 11/08 | 3,366.83 |
| 10/24 | 567.75 | 11/09 | 2,365.59 |
| 10/25 | 512.75 | 11/10 | 2,124.85 |
| 10/27 | 6,316.47 | 11/13 | 1,288.33 |
| 10/30 | 5,006.60 |  |  |