# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF New Jersey
<Enter Division name if applicable, else delete this text>

In Re. JUDITH L. CARR § Case No. 23-17710
§
§
Debtor(s) §
§
☐ Jointly Administered

## Monthly Operating Report
Chapter 11

Reporting Period Ended: 11/30/2023                Petition Date: 09/01/2023
Months Pending: 3                                 Industry Classification: 0 0 0 0
Reporting Method:                Accrual Basis ⦿    Cash Basis ○
Debtor's Full-Time Employees (current): 0
Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Geoffrey Neumann                           Geoffrey Neumann
Signature of Responsible Party                 Printed Name of Responsible Party

~~09/18/2023~~ 2/6/2024
Date                                           25 Abe Voorhees Drive, Manasquan, NJ 08736
                                               Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                1

Debtor's Name JUDITH L. CARR                                            Case No. 23-17710

### Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $1,288 | |
| b. | Total receipts (net of transfers between accounts) | $12,336 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $10,658 | $21,326 |
| d. | Cash balance end of month (a+b-c) | $2,967 | |
| e. | Disbursements made by third party for the benefit of the estate | $3,000 | $6,000 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $13,658 | $27,326 |

### Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---:|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

### Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

### Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                              2

Debtor's Name JUDITH L. CARR                                                                 Case No. 23-17710

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | $0 | $6,000 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Broege Neumann Fischer Shave | Lead Counsel | | | $0 | $6,000 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                          3

Debtor's Name JUDITH L. CARR                                                                                      Case No. 23-17710

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

UST Form 11-MOR (12/01/2021)                                                4

Debtor's Name JUDITH L. CARR                                Case No. 23-17710

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | Other | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name JUDITH L. CARR                                                                 Case No. 23-17710

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                                                  6

Debtor's Name JUDITH L. CARR                                                                 Case No. 23-17710

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                                        7

Debtor's Name JUDITH L. CARR                                                                 Case No. 23-17710

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions)    Yes ○  No ●
b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)    Yes ○  No ●
c. Were any payments made to or on behalf of insiders?    Yes ○  No ●
d. Are you current on postpetition tax return filings?    Yes ○  No ●
e. Are you current on postpetition estimated tax payments?    Yes ○  No ●
f. Were all trust fund taxes remitted on a current basis?    Yes ○  No ●
g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ●
h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ●
i. Do you have:    Worker's compensation insurance?    Yes ○  No ●
   If yes, are your premiums current?    Yes ○  No ○  N/A ●  (if no, see Instructions)
   Casualty/property insurance?    Yes ●  No ○
   If yes, are your premiums current?    Yes ●  No ○  N/A ○  (if no, see Instructions)
   General liability insurance?    Yes ●  No ○
   If yes, are your premiums current?    Yes ●  No ○  N/A ○  (if no, see Instructions)
j. Has a plan of reorganization been filed with the court?    Yes ○  No ●
k. Has a disclosure statement been filed with the court?    Yes ○  No ●
l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●  No ○

UST Form 11-MOR (12/01/2021)                                    8

Debtor's Name JUDITH L. CARR                                    Case No. 23-17710

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $12,336 |
| d. | Total income in the reporting period (a+b+c) | $12,336 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $10,661 |
| i. | Total expenses in the reporting period (e+f+g+h) | $10,661 |
| j. | Difference between total income and total expenses (d-i) | $1,675 |
| k. | List the total amount of all postpetition debts that are past due | $3,000 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?   Yes ○   No ●

m. If yes, have you made all Domestic Support Obligation payments?   Yes ○   No ○   N/A ●

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/d/zJudith L. Carr                                    Judith L. Carr
Signature of Responsible Party                        Printed Name of Responsible Party
Debtor                                                02/06/2024
Title                                                 Date

UST Form 11-MOR (12/01/2021)                    9



**TD Bank**
America's Most Convenient Bank®              T        STATEMENT OF ACCOUNT

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG
23 SILVERLEAF WAY
MANALAPAN NJ  07726

Page:                         1 of 8
Statement Period:    Nov 14 2023-Dec 13 2023
Cust Ref #:              4429206596-630-T-###
Primary Account #:              442-9206596

## TD Convenience Checking

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

Account # 442-9206596

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,288.33 | Average Collected Balance | 3,070.65 |
| Deposits | 10,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,336.29 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 10,658.43 | Days in Period | 30 |
| Service Charges | 3.00 | | |
| Ending Balance | 2,963.19 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/20 | DEPOSIT | 7,000.00 |
| 12/11 | DEPOSIT | 3,000.00 |
| | Subtotal: | 10,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/17 | VISA TRANSFER, *****30158904458, AUT 111723 VISA TRANSFER VENMO CARR JUDY    NEW YORK CITY * NY | 40.29 |
| 11/28 | VISA TRANSFER, *****30158904458, AUT 112823 VISA TRANSFER VENMO CARR JUDY    NEW YORK CITY * NY | 1,475.00 |
| 12/01 | ACH DEPOSIT, SSA  TREAS 310 XXSOC SEC ****22189A  SSA | 821.00 |
| | Subtotal: | 2,336.29 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/14 | DBCRD PMT AP, *****30158904458, AUT 111323 VISA DDA PUR AP APPLE COM BILL    866 712 7753  * CA | 2.99 |
| 11/14 | DBCRD PUR AP, *****30158904458, AUT 111323 VISA DDA PUR AP JASPER EXPRESS WASH LLC    JASPER    * GA | 27.00 |
| 11/14 | DBCRD PUR AP, *****30158904458, AUT 111323 VISA DDA PUR AP DUNKIN  355977 Q35    JASPER    * GA | 4.27 |
| 11/15 | DBCRD PUR AP, *****30158904458, AUT 111323 VISA DDA PUR AP SHELL OIL 12648674005    JASPER    * GA | 45.34 |
| 11/15 | DBCRD PUR AP, *****30158904458, AUT 111423 VISA DDA PUR AP SQ  SALON 84    JASPER    * GA | 37.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account

Page: 2 of 8

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance _____ 2,963.19

② Total Deposits + _____

③ Sub Total _____

④ Total Withdrawals − _____

⑤ Adjusted Balance _____

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**FINANCE CHARGES:** Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

Page: 3 of 8
Statement Period: Nov 14 2023-Dec 13 2023
Cust Ref #: 4429206596-630-T-###
Primary Account #: 442-9206596

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/15 | DEBIT POS AP, *****30158904458, AUT 111523 DDA PURCHASE AP<br>USPS PO 3 9 TAYLORS MI       MANALAPAN    * NJ | 40.40 |
| 11/16 | DBCRD PUR AP, *****30158904458, AUT 111523 VISA DDA PUR AP<br>ATLMARKET ST2677           ATLANTA      * GA | 7.16 |
| 11/16 | DBCRD PUR AP, *****30158904458, AUT 111523 VISA DDA PUR AP<br>UBER   TRIP              HELP UBER COM * CA | 84.93 |
| 11/16 | NONTD ATM DB AP, *****30158904458, AUT 111623 DDA WITHDRAW AP<br>000000000272497           RED BANK    * NJ | 51.95 |
| 11/16 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 11/17 | DBCRD PUR AP, *****30158904458, AUT 111523 VISA DDA PUR AP<br>UA INFLT   016425396251    HOUSTON     * TX | 10.00 |
| 11/17 | DBCRD PUR AP, *****30158904458, AUT 111523 VISA DDA PUR AP<br>STARBUCKS C PS EWR         NEWARK       * NJ | 7.89 |
| 11/17 | DBCRD PUR AP, *****30158904458, AUT 111523 VISA DDA PUR AP<br>SHELL OIL 57545712002      MANALAPAN    * NJ | 34.00 |
| 11/17 | DBCRD PUR AP, *****30158904458, AUT 111623 VISA DDA PUR AP<br>BUTCHS LUBE N WASH         RED BANK     * NJ | 30.24 |
| 11/17 | DEBIT POS AP, *****30158904458, AUT 111623 DDA PURCH W/CB<br>TRADER JOE S 59 TRADER     FREEHOLD     * NJ | 164.03 |
| 11/17 | NONTD ATM DB AP, *****30158904458, AUT 111723 DDA WITHDRAW AP<br>303 GORDONS CORNER RD    MANALAPAN    * NJ | 203.50 |
| 11/17 | DEBIT POS AP, *****30158904458, AUT 111723 DDA PURCHASE AP<br>GDP SOMETHING NEW SALON   MANALAPAN    * NJ | 208.00 |
| 11/17 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 11/20 | DBCRD PMT AP, *****30158904458, AUT 111623 VISA DDA PUR AP<br>APPLE COM BILL       866 712 7753  * CA | 10.65 |
| 11/20 | DBCRD PUR AP, *****30158904458, AUT 111723 VISA DDA PUR AP<br>LEE SIMS CHOCOLATES       JERSEY CITY  * NJ | 90.72 |
| 11/20 | DBCRD PMT AP, *****30158904458, AUT 111823 VISA DDA PUR AP<br>SXM SIRIUSXM COM ACCT    888 635 5144  * NY | 11.63 |
| 11/20 | DBCRD PUR AP, *****30158904458, AUT 111823 VISA DDA PUR AP<br>SHELL OIL 57545712002      MANALAPAN    * NJ | 40.03 |
| 11/20 | DBCRD PUR AP, *****30158904458, AUT 111823 VISA DDA PUR AP<br>MUNCKEE BAR              SOUTH AMBOY  * NJ | 75.36 |
| 11/20 | DEBIT POS AP, *****30158904458, AUT 111923 DDA PURCHASE AP<br>SEPHORA MARLBORO PLAZA    ENGLISHTOWN  * NJ | 146.08 |
| 11/20 | DEBIT POS AP, *****30158904458, AUT 111923 DDA PURCHASE AP<br>ULTA  795              MARLBORO    * NJ | 60.78 |
| 11/20 | DEBIT POS AP, *****30158904458, AUT 111923 DDA PURCHASE AP<br>TARGET T  55 US HWY 9     MANALAPAN    * NJ | 228.12 |
| 11/20 | DEBIT POS AP, *****30158904458, AUT 112023 DDA PURCHASE AP<br>MADEWELL  1213           SHREWSBURY   * NJ | 105.99 |
| 11/20 | DEBIT POS AP, *****30158904458, AUT 112023 DDA PURCHASE AP<br>WEGMANS  95 US HIGHWAY 9   MANALAPAN    * NJ | 187.86 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

Page: 4 of 8
Statement Period: Nov 14 2023-Dec 13 2023
Cust Ref #: 4429206596-630-T-###
Primary Account #: 442-9206596

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/21 | DBCRD PUR AP, *****30158904458, AUT 111923 VISA DDA PUR AP ACCESS COUNSELING    877 4105368   * CA | 27.85 |
| 11/21 | DBCRD PUR AP, *****30158904458, AUT 112023 VISA DDA PUR AP TLF ROSIE POSIES    MANALAPAN   * NJ | 159.94 |
| 11/21 | DBCRD PUR AP, *****30158904458, AUT 112023 VISA DDA PUR AP BUTCHS LUBE N WASH    RED BANK   * NJ | 24.37 |
| 11/21 | DBCRD PUR AP, *****30158904458, AUT 112023 VISA DDA PUR AP MONMOUTH MEATS    RED BANK   * NJ | 137.47 |
| 11/21 | DBCRD PUR AP, *****30158904458, AUT 112023 VISA DDA PUR AP EDEN NAIL   SPA V    MANALAPAN   * NJ | 119.00 |
| 11/21 | DEBIT POS AP, *****30158904458, AUT 112123 DDA PURCHASE AP WEGMANS  95 US HIGHWAY 9   MANALAPAN   * NJ | 151.73 |
| 11/21 | DEBIT POS AP, *****30158904458, AUT 112123 DDA PURCHASE AP HOMESENSE 55 US HIGHWA    MANALAPAN   * NJ | 99.00 |
| 11/21 | DEBIT POS AP, *****30158904458, AUT 112123 DDA PURCHASE AP THE HOME DEPOT 6911    MORGANVILLE  * NJ | 148.21 |
| 11/22 | DBCRD PUR AP, *****30158904458, AUT 111723 VISA DDA PUR AP NUTRAFOL    888 4543320   * NY | 79.00 |
| 11/22 | DBCRD PUR AP, *****30158904458, AUT 112023 VISA DDA PUR AP SHELL OIL 57545712002    MANALAPAN   * NJ | 30.97 |
| 11/22 | DBCRD PUR AP, *****30158904458, AUT 112023 VISA DDA PUR AP POTTERY BARN KIDS 0677    SHREWSBURY   * NJ | 84.23 |
| 11/22 | DBCRD PUR AP, *****30158904458, AUT 112023 VISA DDA PUR AP ALEO ITALIAN SPECIALTIES   732 7470111   * NJ | 80.16 |
| 11/22 | DEBIT POS AP, *****30158904458, AUT 112223 DDA PURCHASE AP WEGMANS  95 US HIGHWAY 9   MANALAPAN   * NJ | 120.61 |
| 11/24 | DBCRD PUR AP, *****30158904458, AUT 112223 VISA DDA PUR AP WEMROCK ORCHARDS INC    FREEHOLD   * NJ | 71.10 |
| 11/24 | DBCRD PUR AP, *****30158904458, AUT 112223 VISA DDA PUR AP AVANTI DAY RESORT    ENGLISHTOWN  * NJ | 55.00 |
| 11/24 | DBCRD PUR AP, *****30158904458, AUT 112423 VISA DDA PUR AP VENMO    VISA DIRECT  * NY | 285.00 |
| 11/27 | DBCRD PUR AP, *****30158904458, AUT 112523 VISA DDA PUR AP VENMO    VISA DIRECT  * NY | 120.00 |
| 11/27 | DEBIT POS AP, *****30158904458, AUT 112523 DDA PURCHASE AP GDP SOMETHING NEW SALON   MANALAPAN   * NJ | 41.60 |
| 11/27 | DBCRD PUR AP, *****30158904458, AUT 112523 VISA DDA PUR AP BUDDY S MARKETPLACE    732 7923300   * NJ | 18.00 |
| 11/27 | DEBIT POS AP, *****30158904458, AUT 112623 DDA PURCH W/CB SHOPRITE MARLBORO S1    MARLBORO   * NJ | 296.87 |
| 11/27 | DBCRD PUR AP, *****30158904458, AUT 112623 VISA DDA PUR AP VENMO    VISA DIRECT  * NY | 400.00 |
| 11/27 | DEBIT POS AP, *****30158904458, AUT 112723 DDA PURCH W/CB TARGET T  55 US HWY 9   MANALAPAN   * NJ | 192.50 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

Page: 5 of 8
Statement Period: Nov 14 2023-Dec 13 2023
Cust Ref #: 4429206596-630-T-###
Primary Account #: 442-9206596

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/28 | DBCRD PUR AP, *****30158904458, AUT 112623 VISA DDA PUR AP ACCESS COUNSELING    877 4105368  * CA | 65.65 |
| 11/28 | DBCRD PUR AP, *****30158904458, AUT 112623 VISA DDA PUR AP ACCESS COUNSELING INC    877 410 5368  * CA | 19.95 |
| 11/28 | DBCRD PUR AP, *****30158904458, AUT 112723 VISA DDA PUR AP COLONIAL NURSERY    LINCROFT  * NJ | 145.00 |
| 11/28 | DEBIT POS AP, *****30158904458, AUT 112823 DDA PURCHASE AP MADEWELL 1213    SHREWSBURY  * NJ | 112.75 |
| 11/28 | NONTD ATM DB AP, *****30158904458, AUT 112823 DDA WITHDRAW AP P620496    MONROE TOWNSH * NJ | 202.99 |
| 11/28 | DEBIT POS AP, *****30158904458, AUT 112823 DDA PURCHASE AP HOMESENSE 55 US HIGHWA    MANALAPAN  * NJ | 333.70 |
| 11/28 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 11/29 | DBCRD PUR AP, *****30158904458, AUT 112823 VISA DDA PUR AP BUTCHS LUBE N WASH    RED BANK  * NJ | 24.37 |
| 11/29 | DBCRD PUR AP, *****30158904458, AUT 112823 VISA DDA PUR AP CENTRAL COMPOUNDING CENT   FARMINGDALE  * NJ | 98.95 |
| 11/29 | DBCRD PUR AP, *****30158904458, AUT 112823 VISA DDA PUR AP BROCK FARMS    FREEHOLD  * NJ | 33.02 |
| 11/29 | DBCRD PUR AP, *****30158904458, AUT 112823 VISA DDA PUR AP ACCURATE EYE CARE    MANALAPAN  * NJ | 120.00 |
| 11/29 | DEBIT POS AP, *****30158904458, AUT 112923 DDA PURCHASE AP THE HOME DEPOT 6911    MORGANVILLE  * NJ | 394.27 |
| 11/29 | DEBIT POS AP, *****30158904458, AUT 112923 DDA PURCHASE AP GDP SOMETHING NEW SALON    MANALAPAN  * NJ | 41.60 |
| 11/30 | DBCRD PUR AP, *****30158904458, AUT 112823 VISA DDA PUR AP SHELL OIL 57545712002    MANALAPAN  * NJ | 52.77 |
| 11/30 | DBCRD PUR AP, *****30158904458, AUT 112823 VISA DDA PUR AP ACCESS COUNSELING INC   877 410 5368  * CA | 16.95 |
| 11/30 | DBCRD PUR AP, *****30158904458, AUT 112923 VISA DDA PUR AP ACCESS COUNSELING    877 4105368  * CA | 12.95 |
| 12/01 | NONTD ATM DB AP, *****30158904458, AUT 120123 DDA WITHDRAW AP 000000000114739    TOWNSHIP  * NJ | 82.00 |
| 12/01 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 12/04 | DBCRD PUR AP, *****30158904458, AUT 113023 VISA DDA PUR AP ACCESS COUNSELING INC   877 410 5368  * CA | 16.95 |
| 12/04 | DBCRD PUR AP, *****30158904458, AUT 113023 VISA DDA PUR AP ACCESS COUNSELING INC   877 410 5368  * CA | 19.95 |
| 12/04 | DBCRD PUR AP, *****30158904458, AUT 113023 VISA DDA PUR AP SHELL OIL 57545712002    MANALAPAN  * NJ | 51.76 |
| 12/04 | DBCRD PUR AP, *****30158904458, AUT 120123 VISA DDA PUR AP ACCESS COUNSELING    877 4105368  * CA | 12.95 |
| 12/04 | DBCRD PUR AP, *****30158904458, AUT 120123 VISA DDA PUR AP EDEN NAIL  SPA V    MANALAPAN  * NJ | 119.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

Page: 6 of 8
Statement Period: Nov 14 2023-Dec 13 2023
Cust Ref #: 4429206596-630-T-###
Primary Account #: 442-9206596

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | NONTD ATM DB AP, *****30158904458, AUT 120223 DDA WITHDRAW AP<br>303 GORDONS CORNER RD    MANALAPAN    * NJ | 263.50 |
| 12/04 | DEBIT POS AP, *****30158904458, AUT 120223 DDA PURCHASE AP<br>SHOPRITE MARLBORO S1    MARLBORO    * NJ | 152.31 |
| 12/04 | DBCRD PUR AP, *****30158904458, AUT 120223 VISA DDA PUR AP<br>ACE DRY CLEANERS    ENGLISHTOWN  * NJ | 97.50 |
| 12/04 | DEBIT POS AP, *****30158904458, AUT 120223 DDA PURCHASE AP<br>GDP SOMETHING NEW SALON    MANALAPAN    * NJ | 41.60 |
| 12/04 | DEBIT POS AP, *****30158904458, AUT 120223 DDA PURCH W/CB<br>WEGMANS  95 US HIGHWAY 9    MANALAPAN    * NJ | 163.19 |
| 12/04 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 12/05 | DBCRD PUR AP, *****30158904458, AUT 120323 VISA DDA PUR AP<br>ACI ALLY BANK  502    800 252 9638  * NE | 843.24 |
| 12/06 | DBCRD PUR AP, *****30158904458, AUT 120423 VISA DDA PUR AP<br>TARGET COM    800 591 3869  * MN | 43.96 |
| 12/06 | DBCRD PUR AP, *****30158904458, AUT 120523 VISA DDA PUR AP<br>SQ  SALON 84    JASPER    * GA | 64.00 |
| 12/06 | DBCRD PUR AP, *****30158904458, AUT 120523 VISA DDA PUR AP<br>FOOTHILLS CHIROPRACTIC    MARBLE HILL  * GA | 80.00 |
| 12/06 | DBCRD PUR AP, *****30158904458, AUT 120523 VISA DDA PUR AP<br>NETFLIX COM    NETFLIX COM  * CA | 24.51 |
| 12/07 | DBCRD PUR AP, *****30158904458, AUT 120323 VISA DDA PUR AP<br>AMAZON COM Z190F0BL3    SEATTLE    * WA | 202.15 |
| 12/07 | DBCRD PUR AP, *****30158904458, AUT 120423 VISA DDA PUR AP<br>AMZN MKTP US 0G89K0OI3    AMZN COM BILL * WA | 42.55 |
| 12/07 | DBCRD PMT AP, *****30158904458, AUT 120623 VISA DDA PUR AP<br>APPLE COM BILL    866 712 7753  * CA | 2.99 |
| 12/07 | DBCRD PUR AP, *****30158904458, AUT 120623 VISA DDA PUR AP<br>NC COURT PAYMENTS    EGOV COM    * KS | 211.64 |
| 12/07 | DBCRD PUR AP, *****30158904458, AUT 120623 VISA DDA PUR AP<br>ACCESS COUNSELING    877 4105368  * CA | 21.90 |
| 12/07 | DEBIT POS AP, *****30158904458, AUT 120723 DDA PURCHASE AP<br>BANANAREPUBLIC US 5103    ALPHARETTA    * GA | 153.01 |
| 12/07 | DEBIT POS AP, *****30158904458, AUT 120723 DDA PURCHASE AP<br>ANTHROPOLOGIE  1 2800 OL    ALPHARETTA    * GA | 83.60 |
| 12/08 | DBCRD PUR AP, *****30158904458, AUT 120523 VISA DDA PUR AP<br>AMZN MKTP US 5Y6XA1S03    AMZN COM BILL * WA | 63.96 |
| 12/08 | DBCRD PUR AP, *****30158904458, AUT 120623 VISA DDA PUR AP<br>TST  HOME RESTAURANT    MARBLE HILL  * GA | 58.85 |
| 12/08 | DBCRD PUR AP, *****30158904458, AUT 120723 VISA DDA PUR AP<br>FARM FRESH BEEF  PRODUC  BALL GROUND  * GA | 36.19 |
| 12/08 | DEBIT POS AP, *****30158904458, AUT 120823 DDA PURCHASE AP<br>FOOTHILLS IGA M    MARBLE HILL  * GA | 83.58 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

Page: 7 of 8
Statement Period: Nov 14 2023-Dec 13 2023
Cust Ref #: 4429206596-630-T-###
Primary Account #: 442-9206596

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/08 | DEBIT POS AP, *****30158904458, AUT 120823 DDA PURCHASE AP SHELL SERVICE STATION    JASPER    * GA | 50.41 |
| 12/11 | DBCRD PUR AP, *****30158904458, AUT 120723 VISA DDA PUR AP OSCAR NAILS AND SPA INC    470 2941486    * GA | 35.00 |
| 12/11 | DBCRD PUR AP, *****30158904458, AUT 120823 VISA DDA PUR AP SQ  SALON 84    JASPER    * GA | 45.00 |
| 12/11 | DBCRD PUR AP, *****30158904458, AUT 121023 VISA DDA PUR AP APPLE COM BILL    866 712 7753    * CA | 18.64 |
| 12/12 | DBCRD PUR AP, *****30158904458, AUT 121023 VISA DDA PUR AP AMZN MKTP US 4E0SJ2PB3    AMZN COM BILL * WA | 49.20 |
| 12/12 | DBCRD PUR AP, *****30158904458, AUT 121123 VISA DDA PUR AP BLOSSOM BABY    BLOSSOM BABY    * MN | 70.30 |
| 12/12 | DBCRD PUR AP, *****30158904458, AUT 121123 VISA DDA PUR AP TARGET COM    800 591 3869    * MN | 51.07 |
| 12/12 | DBCRD PUR AP, *****30158904458, AUT 121123 VISA DDA PUR AP FOOTHILLS CHIROPRACTIC    MARBLE HILL    * GA | 11.60 |
| 12/12 | DBCRD PUR AP, *****30158904458, AUT 121123 VISA DDA PUR AP SQ  FEATHER  STONE BOUT    MARBLE HILL    * GA | 55.28 |
| 12/12 | DBCRD PUR AP, *****30158904458, AUT 121123 VISA DDA PUR AP SPOILEDCHILD INC    NEW YORK    * NY | 58.64 |
| 12/12 | DBCRD PUR AP, *****30158904458, AUT 121223 VISA DDA PUR AP TARGET COM    800 591 3869    * MN | 27.99 |
| 12/12 | DEBIT POS AP, *****30158904458, AUT 121223 DDA PURCHASE AP SHELL SERVICE STATION    JASPER    * GA | 30.52 |
| 12/13 | DBCRD PUR AP, *****30158904458, AUT 121123 VISA DDA PUR AP GAP ONLINE    800 4277895    * OH | 95.00 |
| 12/13 | DBCRD PUR AP, *****30158904458, AUT 121223 VISA DDA PUR AP TARGET COM    800 591 3869    * MN | 14.39 |
| 12/13 | DBCRD PUR AP, *****30158904458, AUT 121223 VISA DDA PUR AP B  B PARTY RENTALS    800 528 8430    * NJ | 294.70 |
| 12/13 | DBCRD PUR AP, *****30158904458, AUT 121223 VISA DDA PUR AP B  B PARTY RENTALS    800 528 8430    * NJ | 1.00 |
| 12/13 | DBCRD PUR AP, *****30158904458, AUT 121223 VISA DDA PUR AP WILKES OF BALL GROUND    BALL GROUND    * GA | 40.55 |
| 12/13 | DBCRD PUR AP, *****30158904458, AUT 121223 VISA DDA PUR AP SQ  BALL GROUND HOUNDS    BALL GROUND    * GA | 116.09 |
| 12/13 | DBCRD PUR AP, *****30158904458, AUT 121223 VISA DDA PUR AP SOUTHERN OAK PROVISIONS    BALL GROUND    * GA | 207.76 |
| | Subtotal: | 10,658.43 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

JUDITH L CARR
PERSONAL BANKRUPTCY 2317710CMG

Page: 8 of 8
Statement Period: Nov 14 2023-Dec 13 2023
Cust Ref #: 4429206596-630-T-###
Primary Account #: 442-9206596

## DAILY ACCOUNT ACTIVITY

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/13 | PAPER STATEMENT FEE | 3.00 |
| | Subtotal: | 3.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/13 | 1,288.33 | 11/29 | 3,543.84 |
| 11/14 | 1,254.07 | 11/30 | 3,461.17 |
| 11/15 | 1,131.33 | 12/01 | 4,197.17 |
| 11/16 | 984.29 | 12/04 | 3,255.46 |
| 11/17 | 363.92 | 12/05 | 2,412.22 |
| 11/20 | 6,406.70 | 12/06 | 2,199.75 |
| 11/21 | 5,539.13 | 12/07 | 1,481.91 |
| 11/22 | 5,144.16 | 12/08 | 1,188.92 |
| 11/24 | 4,733.06 | 12/11 | 4,090.28 |
| 11/27 | 3,664.09 | 12/12 | 3,735.68 |
| 11/28 | 4,256.05 | 12/13 | 2,963.19 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender