# Environmental Pest Services LLC

## complete termite & pest control

Regal Home Inspection                                          Mar 7, 2024

Re: 23 Silver Leaf Way
    Manalapan, NJ. 07726

Enclosed please find original inspection report. ( and estimate for treatment if applicable )
Please note the obstructions & limitations as listed on report. These factors limit the scope of our inspection to visible & accessible areas only. Infestation may be present in areas not readily visible or accessible at the time of our inspection. You may wish to have the premises re-inspected when clear of furnishings, stored materials, etc. Please read sections 1 & 3 on back of report carefully.

As noted, at the time of inspection:

Evidence of carpenter ant activity/damage was observed see report

If evidence of wood destroying insects has been noted in our report, or in a report made by another company, it should be understood that some degree of damage including hidden damage may be present in the structure. Interested parties should consult a structural carpenter to provide further inspection/evaluation to determine damage, the extent of & the cost of repair. It is advised suspect areas be exposed to determine possible hidden damage. This should include removal of finsihed materials, please read the enclosed attachment for further description & more detail.

Additionally,
This is NOT a structural damage report, nor a warranty of any kind against infestation or damage that may be observed at a later date.
If prior treatment has been noted in report, you should obtain documentation & warranty from the original treatment company.

Should you have any questions concerning the inspection, please contact our office for an explanation.

Sincerely,

*Peter Fiore*
Peter Fiore
Environmental Pest Services


P O Box 185                                                   732 261-8266
Colonia, NJ 07067                                             envpestservice@gmail.com

# Wood Destroying Insect Inspection Report

*Notice: Please read important consumer information on page 2.*

## Section I. General Information
Inspection Company, Address & Phone

**Environmental Pest Services, LLC**
**P.O. Box 185**
**Colonia, NJ 07067**
**732-261-8266**

Company's Pest Control Business Lic. No.: **97289A**

Date of Inspection: **3-7-2024**

Address of Property Inspected:
23 Silver Leaf Way
Manalapan, NJ. 07726

Inspector's Name, Signature & Certification, Registration, or Lic. #

*Peter Fiore* (signature)

**Peter Fiore**
**Cert. # 22724**

Structure(s) Inspected: house/garage only

## Section II. Inspection Findings
This report is indicative of the condition of the above identified structure(s) on the date of inspection and is not to be construed as a guarantee or warranty against latent, concealed, or future infestations or wood destroying insect damage. **Based on a careful visual inspection of the readily accessible areas of the structure(s) inspected:**

- [ ] A. **No Visible** evidence of wood destroying insects was observed.
- [x] B. **Visible** evidence of wood destroying insects was observed as follows:
  - [ ] 1. Live insects (description & location): _____
  - [x] 2. Dead insects, insect parts, frass, shelter tubes, exit holes, or staining (description and location): carpenter ant bodies interior perimeter of basement, carp ant frass interior basement sills & exterior receptacle ( deck)
  - [x] 3. **Visible** damage from wood destroying insects was noted as follows (description and location): carpenter ant damage to include exterior trim, door casings

**NOTE:** *This is not a structural damage report.* If box B above is checked, it should be understood that some degree of damage, including hidden damage, may be present. If any questions arise regarding damage indicated by this report, it is recommended that the buyer or any interested parties contact a qualified structural professional to determine the extent of damage and the need for repairs.

## Section III. Recommendations

- [ ] No action and/or treatment recommended: (Explain if Box B in Section II is checked): _____
- [x] Recommend action(s) and/or treatment(s) for the control of: carpenter ants & evaluation/repair of all related wood damage

## Section IV. Obstructions and Inaccessible Areas
The following areas of the structure(s) inspected were obstructed or inaccessible:

- [x] Basement: 5-6-7-11-14-24
- [ ] Crawlspace: _____
- [x] Main Level: 1-3-4-6-7-8-9
- [ ] Attic: _____
- [x] Garage: 1-3-6-7-11-14
- [x] Exterior: 16-17
- [ ] Porch: _____
- [ ] Addition: _____
- [ ] Other: _____

The inspector may write out obstructions or use the following optional key:

1. Fixed ceiling
2. Suspended ceiling
3. Fixed wall covering
4. Floor covering
5. Insulation
6. Cabinets or shelving
7. Stored items
8. Furnishings
9. Appliances
10. No access or entry
11. Limited access
12. No access beneath
13. Only visual access
14. Cluttered condition
15. Standing water
16. Dense vegetation
17. Exterior siding
18. Window well covers
19. Wood pile
20. Snow
21. Unsafe conditions
22. Rigid foam board
23. Synthetic stucco
24. Duct work, wiring, and/or plumbing
25. Spray foam insulation
26. Equipment

## Section V. Additional Comments and Attachments
(these are an integral part of the report)

Environmental can provide carpenter ant treatment w/ 1 year warranty at a cost of $400. + tax

Attachments: cover letter attachment 1 & 2

**Signature of Seller(s)** or Owner(s) if refinancing. Seller discloses to the buyer all information, to their knowledge, regarding W.D.I. infestation, damage, repair, and treatment history.

X

**Signature of Buyer.** The undersigned hereby acknowledges receipt of a copy of both page 1 and page 2 of this report and understands the information reported.

X

Form NPMA-33 (7/01/19) © 2019 National Pest Management Association. All Rights Reserved. No reproduction of this form is permitted without the express permission of NPMA. Previous editions are obsolete after 12/31/19. This form is approved for FHA and VA loans.

Reorder Product #3355 from · CROWNMAX · 1-800-252-4011

ORIGINAL

Page 1 of 2

# Environmental Pest Services LLC
## complete termite & pest control

Re: 23 Silver Leaf Way
Manalapan, NJ.

Attachment 1

When evidence of wood destroying insects is found, it should be understood that some degree of damage, including hidden damage may be present in the structure. Many buildings have hidden infestation/damage that a competently performed wood destroying insect inspection may not disclose. Therefore, the decision to dismantle (remove ceilings,finished walls,carpets, etc.) and to what extent dismantling is done, must be discussed by the parties involved. (buyer,buyers building contractor,sellers,sellers contractor, etc.) Needless to say, the cost of & responsibility of restoring disturbed finished walls, ceilings, carpets,must be discussed by these parties. Reported signs of infestation in a building make this decision even more critical.
IT IS IMPORTANT TO UNDERSTAND THAT THE INSPECTOR,INSPECTION COMPANY WILL NOT MAKE SPECIFIC RECOMMENDATIONS REGARDING OPENINGS OF WALLS,CEILINGS, ETC. REMOVAL OF CARPETS AND/OR DISMANTLING OF ANY KIND. In addition, when evidence of carpenter ants is observed it should be understood that a number of conditions may be present. These conditions are conducive to carpenter ant infestations & must be corrected. They include but are not limited to: removing rotted landscape timbers & tree stumps, cleaning gutters & repairing downspouts, cutting back overhanging trees & shrubs, moving stored firewood away from the house. Correcting moisture problems in basement & crawl space, repairing moisture problems that are associated with plumbing leaks, caused by ice damming, or other moisture leaks associated with windows & siding, (stucco siding). In addition to a pesticide application these conditions need to be corrected, if adequate control of carpenter ants is to be achieved. Lastly, the presence of carpenter ants frequently indicates that there are moisture problems present, as carpenter ants commonly infest areas of moisture content. Of particluar concern is EIFS ( exterior insulation finish system )

P O Box 185
Colonia, NJ 07067

732 261-8266
envpestservice@gmail.com

# Environmental Pest Services LLC
## complete termite & pest control

Re: 23 Silver Leaf Way
  Manalapan, NJ.

Attachment 2

The inspection for wood destroying insects is by visual means and is intended to detect the presence and/or evidence of activity from wood destroying insects. In addition, part of the insepction is to identify those conditions that may contribute or are conducive to WDI insect infestation. Dense foliage, overgrown shrubs, overhanging trees should be cut away from the house. Tree stumps should be removed. Gutters should be kept clean & free of debris, downspouts should divert water away from foundation. Any moisture damaged wood, including window trim/casings, rake boards, siding etc. should be repaired & maintained. Any & all wood members in contact w/ soil should be corrected. In general as part of routine maintenance but also as part of an integrated pest management approach to control wood destroying insects infestation. There is no guarantee, but making these correctve measures will help limit the likelihood of infestation. Additionally, homes w/ synthetic stucco ( EIFS) should be further inspected for moisture penetration. As our experience in pest control has shown, homes with this type of exterior finish can accumulate moisture & therefore are more likely to attract carpenter ants. It is advised homes w/ synthetic stucco be inspected by a licensed stucco contractor for this condition.

P O Box 185
Colonia, NJ 07067

732 261-8266
envpestservice@gmail.com

# Important Consumer Information Regarding the Scope and Limitations of the Inspection

Please read this entire page as it is part of this report. This report is not a guarantee or warranty as to the absence of wood destroying insects nor is it a structural integrity report. The inspector's training and experience do not qualify the inspector in damage evaluation or any other building construction technology and/or repair.

1. **About the Inspection:** A visual inspection was conducted in the readily accessible areas of the structure(s) indicated (see Page 1) including attics and crawlspaces which permitted entry during the inspection. The inspection included probing and/or sounding of unobstructed and accessible areas to determine the presence or absence of visual evidence of wood destroying insects. The WDI inspection firm is not responsible to repair any damage or treat any infestation at the structure(s) inspected, except as may be provided by separate contract. Also, wood destroying insect infestation and/or damage may exist in concealed or inaccessible areas. The inspection firm cannot guarantee that any wood destroying insect infestation and/or damage disclosed by this inspection represents all of the wood destroying insect infestation and/or damage which may exist as of the date of the inspection. *For purposes of this inspection, wood destroying insects include: termites, carpenter ants, carpenter bees, and reinfesting wood boring beetles. This inspection does not include mold, mildew or noninsect wood destroying organisms.* This report shall be considered invalid for purposes of securing a mortgage and/or settlement of property transfer if not used within ninety (90) days from the date of inspection. This shall not be construed as a 90-day warranty. There is no warranty, express or implied, related to this report unless disclosed as required by state regulations or a written warranty or service agreement is attached.

2. **Treatment Recommendation Guidelines Regarding Subterranean Termites:** FHA and VA require treatment when any active infestation of subterranean termites is found. If signs of subterranean termites — but no activity — are found in a structure that shows no evidence of having been treated for subterranean termites in the past, then a treatment should be recommended. A treatment may also be recommended for a previously treated structure showing evidence of subterranean termites — but no activity — if there is no documentation of a liquid treatment by a licensed pest control company within the previous five years unless the structure is presently under warranty or covered by a service agreement with a licensed pest control company.

3. **Obstructions and Inaccessible Areas:** No inspection was made in areas which required the breaking apart or into, dismantling, removal of any object, including but not limited to: moldings, floor coverings, wall coverings, siding, fixed ceilings, insulation, furniture, appliances, and/or personal possessions; nor were areas inspected which were obstructed or inaccessible for physical access on the date of inspection. Your inspector may write out inaccessible areas or use the key in Section IV. Crawl spaces, attics, and/or other areas may be deemed inaccessible if the opening to the area is not large enough to provide physical access for the inspector or if a ladder was required for access. Crawl spaces (or portions thereof) may also be deemed inaccessible if there is less than 24 inches of clearance from the bottom of the floor joists to the surface below. If any area which has been reported as inaccessible is made accessible, the inspection company may be contacted for another inspection. An additional fee may apply.

4. **Consumer Maintenance Advisory Regarding Integrated Pest Management for Prevention of Wood Destroying Insects.** Any structure can be attacked by wood destroying insects. Homeowners should be aware of and try to eliminate conditions which promote insect infestation in and around their structure(s). Factors which may lead to wood destroying insect infestation include: earth to wood contact, foam insulation at foundation in contact with soil, faulty grade, improper drainage, firewood against structure(s), insufficient ventilation, moisture, wood debris in crawlspace, wood mulch or ground cover in contact with the structure, tree branches touching structure(s), landscape timbers and wood decay. Should these or other conditions exist, corrective measures should be taken in order to reduce the chances of infestation of wood destroying insects and the need for treatment.

5. Neither the inspecting company nor the inspector has had, presently has, or contemplates having any interest in the property inspected.