| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Timothy P. Neumann, Esq.<br>Geoffrey P. Neumann, Esq.<br>**BROEGE, NEUMANN, FISCHER & SHAVER, LLC**<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>(732) 223-8484<br>Email: timothy.neumann25@gmail.com<br>Email: geoff.neumann@gmail.com<br><br>*Attorneys For Debtor Judith Carr* | |
| In Re:<br><br><br>**JUDITH CARR**,<br><br>    Debtor. | Case No.: 23-17710<br><br>Chapter 11<br><br>Judge: Hon. Christine M. Gravelle |

**NOTICE OF MOTION PURSUANT TO SECTIONS 105(A) AND 506(A) AND (D) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3007 FOR AN ORDER RECLASSIFYING THE CLAIM OF JERSEY SHORE ANESTHESIOLOGY ASSOCIATES FROM SECURED TO UNSECURED**

    **PLEASE TAKE NOTICE** that, the undersigned attorneys for Judith Carr, the debtor in the above-captioned case (the "Debtor"), will move on Tuesday, April 30, 2024 at 10 a.m. in the forenoon, before the Honorable Christine M. Gravelle, U. S. Bankruptcy Judge, at the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608 for an Order reclassifying the claim filed on behalf of Jersey Shore Anesthesiology Associates from a secured claim to an unsecured claim.

    **PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the accompanying Objection to Claim in support of said Motion.

    **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Rule 9013-1(f) of the Rules of Procedure governing the practice before the United States Bankruptcy Court for the District of New Jersey, the Debtors waive oral argument of this motion if no objection

is filed and will not appear unless required by the Court to appear or an objection is filed. This motion may be deemed uncontested if no one files written responses and serves same on counsel for the moving party or more.

    A proposed form of Order also accompanies this Motion.

                              Broege, Neumann, Fischer & Shaver, LLC
                              Attorneys for Debtor


                              BY: _/s/ *Timothy P. Neumann*_
                                  TIMOTHY P. NEUMANN

Dated: March 25, 2024