| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | JUDY CARR A/K/A JUDITH CARR |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of NEW JERSEY |
| Case number | 2317710 Chapter = 11 |

Official Form 410

# Proof of Claim

12/15

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
JERSEY SHORE ANESTHESIOLOGY ASSOCIATES
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Pressler, Felt & Warshaw, LLP
Name
7 Entin Rd.
Number    Street
Parsippany      NJ      07054
City            State   ZIP Code
Contact phone  1-973-753-5100
Contact email  dvalenzano@pfwattorneys.com

Where should payments to the creditor be sent? (if different)
Name _____
Number    Street _____
City     State    ZIP Code _____
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
C263114A__  __  __  __  __  __  __  __  __  __  __  __  __  __  __  __  __  __  __  __  __  __  __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                           **Proof of Claim**                                  page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 8704 ___ ___ ___

**7. How much is the claim?**    $ 4,627.76  .   **Does this amount include interest or other charges?**
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Judgment docketed in Law Division 01/23/14 - DJ-015524-14.

**9. Is all or part of the claim secured?**

☐ No
☒ Yes.    The claim is secured by a lien on property.

**Nature of property:**

☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:**    RE levy on 04/04/14

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____
**Amount of the claim that is secured:**    $ 4627.76

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed) .25 %
☐ Fixed
☒ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

Official Form 410    **Proof of Claim**    page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br><br>☐ Yes. *Check all that apply:*<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.<br><br>* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority**<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____ |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/13/2023
             MM / DD / YYYY

/S/Donald V. Valenzano, Jr.
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Donald V. Valenzano, Jr.
       First name    Middle name    Last name

Title: ATTORNEY

Company: Pressler, Felt & Warshaw, LLP
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 7 Entin Rd.
         Number    Street
         Parsippany                NJ    07054
         City                      State  ZIP Code

Contact phone: 1-973-753-5100        Email: _____

Pressler, Felt & Warshaw, LLP
7 Entin Rd.
Parsippany, NJ 07054-5020
1-973-753-5100
Attorney for Plaintiff

---

PFW File Number
C263114A

Bankruptcy Proof of Claim
Itemized Statement
Of Additional Charges

| | |
|---|---:|
| Total Judgment | 4,009.79 |
| Subsequent Costs | 299.26 |
| Subsequent Interest thru 08/31/23 | 318.71 |
| Postjudgment Pymts | 0.00 |
| Total Claim | 4,627.76 |

Original Creditor: JERSEY SHORE ANESTHESIOLOGY ASSOCIATES
Account Number: XX8704

Rita E. Ayoub - 017032010

P&P FILE NO C263114A
MONMOUTH COUNTY SPECIAL CIVIL PART
ON [X] CONTRACT    [ ] TORT
DOCKET#DC-013361-13
STATEMENT FOR DOCKETING

JERSEY SHORE ANESTHESIOLOGY
ASSOCIATES

vs.    PLAINTIFF

JUDY CARR A/K/A JUDITH CARR
23 SILVERLEAF WAY
MANALAPAN, NJ 077263173
    DEFENDANT(S)

Plaintiff's Attorney
Pressler and Pressler, LLP
7 Entin Rd.
Parsippany, NJ 07054-5020

Judgement in the above matter was entered in the MONMOUTH County Special Civil Part in favor of the Plaintiff(s) and against the defendant(s) JUDY CARR A/K/A JUDITH CARR

| | |
|---|---|
| An Execution was issued on and was returned on | |
| monies recv'd by Constable $ | |
| total Credits $ | |

| | |
|---|---|
| Judgement Date | 12/18/13 |
| Judgement Amount $ | 3,850.00 |
| Costs & Atty fees $ | 149.00 |
| Additional Costs $ | 0.00 |
| Subtotal $ | 3,999.00 |
| Credits $ | 0.00 |
| Total $ | 3,999.00 |

An execution was issued on and was returned on
monies recv'd by Constable $
total Credits $

I HEREBY CERTIFY that the foregoing reflects the judgement and costs of record in this Court, as of this time.

DATED: JAN - 7 2014

*James E. Pursley* (signature)

I, the undersigned, am attorney for the above named Plaintiff, certify that at the present time there is due upon the above mentioned judgement, which is about to be docketed in the Superior Court of New Jersey, as herein set forth. The total judgment due includes the $10.00 docketing fee.

Total Judgement Due  $ 4,009.00
Total Credits         $ 0.00
Sub Total             $ 4,009.00
Interest              $ 0.79
Total Due This Date   $ 4,009.79
(being a sum not less
 then ten dollars)

I CERTIFY that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: JAN 17 2014

~~Rita E. Ayoub~~ ERICA L FIELDS, ESQ
Attorney at Law

DJ015524-14