**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq.
Geoffrey P. Neumann, Esq.
**BROEGE, NEUMANN, FISCHER & SHAVER, LLC**
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
Email: timothy.neumann25@gmail.com
Email: geoff.neumann@gmail.com

*Attorneys For Debtor Judith Carr*

| | |
|---|---|
| In Re: | Case No.: 23-17710 |
| **JUDITH CARR**, | Chapter 11 |
| Debtor. | Judge: Christine M. Gravelle |

**STATEMENT PURSUENT TO D.N.J. LBR 9013-1(A)(3) WHY
A MEMORANDUM OF LAW IS UNNECESSARY**

The legal issues to be resolved in adjudicating the Motion are not novel, the law governing their disposition is settled, and authority supporting the relief sought is set forth in the Objection.

                                                               /s/ *Timothy P. Neumann*
                                                                Timothy P. Neumann

Date: March 25, 2024