**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [059702019]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
*Attorneys For Debtor Judith Carr*

In Re:

**JUDITH CARR,**

      Debtor.

Case No.: 23-17710

Chapter 11

Judge: Christine M. Gravelle

## ORDER RECLASSIFYING THE CLAIM OF
## JERSEY SHORE ANESTHESIOLOGY ASSOCIATES

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**Page** 2 of 2
Debtor:  Judith Carr
Case No.:  23-17710
Caption of Order:  Order Approving Sale of Real Property

---

Upon consideration of the motion of the Debtor (the "Motion"), for an order reclassifying the secured claim of Jersey Shore Anesthesiology Associates ("JSAA") filed on November 13, 2023, claim number 7-1, (the "JSAA Claim") and the Debtor's Objection to the JSAA Claim; and good cause appearing therefor, it is hereby ORDERED as follows:

1.     The Motion is granted.

2.     The Debtor's Objection to the JSAA Claim is sustained.

3.     The JSAA Claim is reclassified and is a nonpriority unsecured claim.