UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption In Compliance With D.N.J. LR 9004(2)(c)**

In Re

Judith L. Carr

　　　　　　　Debtor.

Chapter 11

Case No. 23-17710-CMG

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICE AND PAPERS

**PLEASE TAKE NOTICE** that Covered Bridge Condominium Association, Inc. (the "*Association*"), appears in the above-captioned case by its counsel, Becker New York, P.C., such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone and facsimile numbers indicated:

> Glenford W. Warmington, Esq.
> **BECKER NEW YORK, P.C.**
> 1776 on the Green
> 67 East Park Place, Suite 800
> Morristown, New Jersey 07960
> Telephone: (862) 842-9928
> Email: GWWarmington@beckerlawyers.com
>
> COFOServiceMail@beckerlawyers.com

24856874v.1 C31832/420090

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that the Association does not intend that this Notice of Appearance and Demand for Notices and Papers or any later appearance or pleading be deemed or construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) to any other rights, claims actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Association expressly reserves.

Dated:  4/10/2024                                              **Becker New York, P.C.**

  _/s/ Glenford W. Warmington_____
Glenford W. Warmington
1776 on the Green
67 East Park Place, Suite 800
Morristown, New Jersey 07960
Telephone:  (862) 842-9928

Attorneys for Covered Bridge Condominium Association, Inc.

24856874v.1 C31832/420090

## CERTIFICATE OF SERVICE

      Glenford W. Warmington hereby certifies that on the 10th day of April, 2024, I caused a true and correct copy of this Notice of Appearance to be electronically filed with the court via CM/ECF and thereby served upon all registered users and parties requesting notice of papers.

Dated: 4/10/2024                                                          */s/ Glenford W. Warmington*
                                                                                       Glenford W. Warmington

24856874v.1 C31832/420090