**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq.
Geoffrey P. Neumann, Esq.
**BROEGE, NEUMANN, FISCHER & SHAVER, LLC**
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
Email: timothy.neumann25@gmail.com
Email: geoff.neumann@gmail.com

*Attorneys For Debtor Judith Carr*

| | |
|---|---|
| In Re: | Case No.: 23-17710 |
| JUDITH CARR | Chapter 11 |
| Debtor. | Judge: Christine M. Gravelle |
| | Hearing Date: April 30, 2024 |

# CERTIFICATION OF SERVICE

1.  I, Timothy P. Neumann., am an attorney and member of the firm of Broege, Neumann, Fischer & Shaver, LLC, the attorney representing the Debtors in this matter.

2.  On March 25, 2024, I sent a copy of the documents and/or pleadings enumerated on Schedule A appended hereto to the parties listed in Schedule B appended hereto.

3.   I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

 Date:  March 25, 2024

/s/ Timothy P. Neumann
Tmothy P. Neumann

# SCHEDULE A

| Served | Document/Pleading |
|--------|-------------------|
| ■ | Notice of Motion to reclassify the claim of Jersey Shore Anesthesiology Associates |
| ■ | Supporting Objection to Claim |
| ☐ | Objection to Claim |
| ☐ | Supporting Certification/ |
| ☐ | Opposing Certification |
| ■ | Proposed Order |
| ☐ | Brief/Memorandum of Law |
| ■ | Statement why no brief necessary |
| ☐ | Summons |
| ☐ | Complaint |
| ☐ | Answer |
| ☐ | Answer and Counterclaim |
| ☐ | Monthly Fee Statement |
| ☐ | Fee Application |
| ☐ | Other: |

## SCHEDULE B

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pressler, Felt & Warshaw, LLP<br>7 Entin Road<br>Parsippany, NJ 07054<br><br>Donald V. Valenzano, Jr., Esq.<br>dvalenzano@pfwattorneys.com | Attorney for creditor Jersey Shore Anesthesiology Associates | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Overnight Mail<br><br>■ E-mail<br><br>■ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br><br>☐ Notice by Telephone |