UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | CASE NO.: 23-17710/CMG |
| JUDITH CARR, | CHAPTER: 11 |
| Debtor. | Judge: Hon. Christine M. Gravelle |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Judith Carr, the Debtor in this case, proposes to settle claims as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk, U.S. Bankruptcy Court<br>Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
| If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on June 4, 2024 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3, 402 East State Street, Trenton, NJ 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a Certification of No Objection and the settlement may be completed as proposed. ||
| Nature of Action: Settlement of secured claims. Jersey Shore Anesthesiology Associates ("JSAA") has filed a secured claim in the amount of $4,627.76. New Century Financial Services, Inc. ("NCFS") holds two judgments against the Debtor: Judgment Number: DJ-015524-2014 in the amount of $3,850 plus costs; and Judgment Number: DJ-150596-2012 in the amount of $4,082.91 plus costs (collectively the "NCFC Judgments") which are liens against the Debtor's real property. The Debtor has filed a motion to reclassify the JSAA Claim from secured to unsecured. ||
| Pertinent terms of settlement: The Debtor has negotiated an agreement pursuant to which she will pay the sum of $4,600.00 in full satisfaction of the three claims of NCFS and JSAA totaling $12,875.00, to be divided among NCFS and JSAA as they deem appropriate. ||

Objections must be served on, and requests for additional information directed to:
NAME: Timothy P. Neumann
ADDRESS: 25 Abe Voorhees Drive, Manasquan, NJ 08736
TELEPHONE NO: (732) 223-8484; ext. 214; email: timothy.neumann25@gmail.com

rev.8/1/15