**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq.
Geoffrey P. Neumann, Esq.
**BROEGE, NEUMANN, FISCHER & SHAVER, LLC**
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
Email: timothy.neumann25@gmail.com
Email: geoff.neumann@gmail.com

*Attorneys For Debtor Judith Carr*

| In Re: | Case No.: 23-17710 |
|---|---|
| JUDITH CARR | Chapter 11 |
| Debtor. | Judge: Christine M. Gravelle |
| | Hearing Date: October 17, 2023 |

# CERTIFICATION OF SERVICE

1. I, Timothy Neumann, am the attorney representing the Debtor in this matter.

2. On May 6, 2024, I sent a copy of the documents and/or pleadings enumerated on Schedule A appended hereto to the parties listed in Schedule B appended hereto.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  May 6, 2024

                                                  */s/ Timothy P. Neumann*
                                                    Timothy P. Neumann

# SCHEDULE A

| Served | Document/Pleading |
|---|---|
| ■ | Notice of Motion to Compromise Claime |
| ■ | Supporting Certification/Application |
| ☐ | Objection to Claim |
| ☐ | Supporting Certification/ |
| ☐ | Opposing Certification |
| ■ | Proposed Order |
| ☐ | Brief/Memorandum of Law |
| ■ | Statement as to Why No Brief is Necessary |
| ☐ | Summons |
| ☐ | Complaint |
| ☐ | Answer |
| ☐ | Answer and Counterclaim |
| ☐ | Monthly Fee Statement |
| ☐ | Fee Application |
| ☐ | Other: Certification of Service |

# SCHEDULE B

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jersey Shore Anesthesiology Associates<br>c/o Pressler, Felt & Warshaw, LLP<br>7 Entin Rd, Parsippany, NJ 07054 | creditor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Overnight Mail<br><br>☐ E-mail<br><br>■ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br><br>☐ Notice by Telephone |
| New Century Financial Services, Inc. c/o<br>Pressler, Felt & Warshaw, LLP<br>7 Entin Rd, Parsippany, NJ 07054 | creditor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Overnight Mail<br><br>☐ E-mail<br><br>■ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br><br>☐ Notice by Telephone |

# SCHEDULE B

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Maggie McGee, Esq.<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Overnight Mail<br><br>☐ E-mail<br><br>■ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br><br>☐ Notice by Telephone |