UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
JUDITH CARR,  
Debtor.

CASE NO.: 23-17710/CMG  
CHAPTER: 11  
Judge: Hon. Christine M. Gravelle

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Judith Carr, the Debtor in this case, proposes to settle claims as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk, U.S. Bankruptcy Court<br>Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on June 4, 2024 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3, 402 East State Street, Trenton, NJ 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a Certification of No Objection and the settlement may be completed as proposed.

Nature of Action: Settlement of secured claims. Jersey Shore Anesthesiology Associates ("JSAA") has filed a secured claim in the amount of $4,627.76. New Century Financial Services, Inc. ("NCFS") holds two judgments against the Debtor: Judgment Number: DJ-015524-2014 in the amount of $3,850 plus costs; and Judgment Number: DJ-150596-2012 in the amount of $4,082.91 plus costs (collectively the "NCFC Judgments") which are liens against the Debtor's real property. The Debtor has filed a motion to reclassify the JSAA Claim from secured to unsecured.

Pertinent terms of settlement: The Debtor has negotiated an agreement pursuant to which she will pay the sum of $4,600.00 in full satisfaction of the three claims of NCFS and JSAA totaling $12,875.00, to be divided among NCFS and JSAA as they deem appropriate.

Objections must be served on, and requests for additional information directed to:  
NAME: Timothy P. Neumann  
ADDRESS: 25 Abe Voorhees Drive, Manasquan, NJ 08736  
TELEPHONE NO: (732) 223-8484; ext. 214; email: timothy.neumann25@gmail.com

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-17710-CMG
Judith L Carr  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: May 07, 2024      Form ID: pdf905      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Judith L Carr, 23 Silverleaf Way, Manalapan, NJ 07726-3173 |
| 520016449 | | Covered Bridge Condo Assn, 1 Amberly Dr, Manalapan, NJ 07726-2000 |
| 520016451 | | Homewood Residential Inc, PO Box 619063, Dallas, TX 75261-9063 |
| 520016452 | | McGovern Legal Services, 850 Route 1, North Brunswick, NJ 08902 |
| 520016454 | | Monroe County Tax Collector, Monroe Adm Bldg 1 Quaker Plz Unit 4, Stroudsburg, PA 18360-2141 |
| 520154477 | + | Oak Knoll Condominium Association, Inc., c/o Mark A. Wetter, Esq., 245 Route 22 West, Suite 102, Bridgewater, NJ 08807-2560 |
| 520015951 | | PHH mortgage, Ocwen Servicing LLC, Attn Bankruptcy, 1661 Worthing d Ste 100, West Palm Beach FL 33409 |
| 520015950 | | Rob Saltzman, Esq., Pleuse, Becker & Saltzmam, 20000 Horizon Way, Suite 900, Mt. Laurel NJ 08054-4318 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 07 2024 20:34:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 07 2024 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 07 2024 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | May 07 2024 20:29:32 | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 520016534 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 07 2024 20:38:40 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520024458 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 07 2024 20:38:14 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520016443 | | Email/Text: ally@ebn.phinsolutions.com | May 07 2024 20:32:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 520016444 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 07 2024 20:32:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520016445 | | Email/Text: BarclaysBankDelaware@tsico.com | May 07 2024 20:34:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520016446 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 07 2024 20:48:52 | Bloomingdales/Citibank, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520016447 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2024 20:49:04 | Cap1/l&t, PO Box 31293, Salt Lake City, UT 84131-0293, Cap1/neimn, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520016448 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2024 20:38:39 | Capital One, PO Box 31293, Salt Lake City, UT |

Case 23-17710-CMG    Doc 51    Filed 05/09/24    Entered 05/10/24 00:14:34    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2024 | Form ID: pdf905 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 84131-0293 |
| 520058639 | | Email/Text: BKEBN-Notifications@ocwen.com | May 07 2024 20:33:00 | Deutsche Bank National Trust Company, c/o PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 520016450 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 07 2024 20:38:14 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520079314 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 07 2024 20:33:00 | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Suite 300, Greenwood Village, Colorado 80111-4720 |
| 520080098 | + | Email/Text: signed.order@pfwattorneys.com | May 07 2024 20:33:00 | JERSEY SHORE ANESTHESIOLOGY ASSOCIATES, C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520079813 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2024 20:38:15 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520024259 | + | Email/Text: MKnitter@monroecountypa.gov | May 07 2024 20:34:00 | MONROE COUNTY TAX CLAIM BUREAU, 1 QUAKER PLAZA, ROOM 104, STROUDSBURG, PA 18360-2141 |
| 520016453 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 07 2024 20:38:12 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520016458 | + | Email/Text: BKEBN-Notifications@ocwen.com | May 07 2024 20:33:00 | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 520016459 | + | Email/Text: dnj@pbslaw.org | May 07 2024 20:33:00 | Pleuse Becker & Saltzman, 20000 Horizon Way, Mount Laurel, NJ 08054-4318 |
| 520080279 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 07 2024 20:34:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 520016460 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 07 2024 20:33:00 | Specialized Loan Servi, PO Box 630147, Littleton, CO 80163-0147 |
| 520015949 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 07 2024 20:33:00 | Speciialized Loan Servicing LLC, Attn: Bankruptcy, P O OBx 630147, Littleton CO 80163-0147 |
| 520016461 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 07 2024 20:38:37 | Syncb/amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520016462 | | Email/Text: Atlanticus@ebn.phinsolutions.com | May 07 2024 20:33:00 | Tbom/Atls/Aspire, PO Box 105555, Atlanta, GA 30348-5555 |
| 520016463 | | Email/Text: bncmail@w-legal.com | May 07 2024 20:34:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 520016464 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 07 2024 21:01:54 | Wells Fargo Home Mortgage, Customer Service PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520016455 | | N J Grasshopper LLC |
| 520016456 | | Oak Knoll Condominium Associat |
| 520016457 | | Paul and Carol Schwartz |
| cr | *+ | Jersey Shore Anesthesiology Associates, c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520036996 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

Case 23-17710-CMG    Doc 51    Filed 05/09/24    Entered 05/10/24 00:14:34    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2024 | Form ID: pdf905 | Total Noticed: 36 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2006-OPT1, Asset-Backed Certificates, Series 2006-OPT1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald Victor Valenzano, Jr. | on behalf of Creditor Jersey Shore Anesthesiology Associates dvalenzano@pfwattorneys.com eperritt@pfwattorneys.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Geoffrey P. Neumann | on behalf of Debtor Judith L Carr geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Glenford Washington Warmington | on behalf of Creditor Covered Bridge Condominium Association Inc. gwarmington@beckerlawyers.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Timothy P. Neumann | on behalf of Debtor Judith L Carr timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8