**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq.
Geoffrey P. Neumann, Esq.
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
Email: timothy.neumann25@gmail.com
Email: geoff.neumann@gmail.com

*Attorneys For Debtor Judith Carr*

| | |
|---|---|
| In Re: | Case No.: 23-17710 |
| **JUDITH CARR**, | Chapter 11 |
| Debtor. | Judge: Christine M. Gravelle |

# WITHDRAWAL OF MOTION (WITHOUT PREJUDICE)

The *Motion to Modify Claims of Jersey Shore Anesthesiology Associates* filed on March 25, 2024 (Document # 43) is hereby withdrawn without prejudice.

/s/ *Timothy P. Neumann*
Timothy P. Neumann

Date: May 14, 2024