| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Timothy P. Neumann, Esq.<br>Geoffrey P. Neumann, Esq.<br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>(732) 223-8484<br>Email: timothy.neumann25@gmail.com<br>Email: geoff.neumann@gmail.com<br><br>*Attorneys For Debtor Judith Carr* | |
| In Re:<br><br>**JUDITH CARR**,<br><br>         Debtor. | Case No.: 23-17710<br><br>Chapter 11<br><br>Judge: Hon. Christine M. Gravelle |

## ADJOURNMENT REQUEST

1. I, Timothy P. Neumann, am the attorney for the Debtor, Judith Carr. and request an adjournment of the following hearing(s) for the reason set forth below.

 **Matter(s):** Debtor's Motion to Approve Compromise under Rule 9019 (Doc 49).

 **Current hearing date and time:** 6/11/2024 at 10:00 AM

 New date requested: 7/9/2024 at 10:00 AM

 **Reason for adjournment request:** Counsel for the United States Trustee have agreed that the best path forward is dismissal of the case. I will be filing a motion to dismiss which, if granted, will render the 9019 motion moot.

2. Consent to adjournment:

 ■ I have the consent of all parties. ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

 /s/ *Timothy P. Neuman, Esq.*
Date: March 22, 2017 Timothy P. Neumann, Esq.

COURT USE ONLY:

The request for adjournment is:

☒ Granted        New hearing date: July 9, 2024 at 10:00 a.m.        ☐
Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐
Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**