| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Timothy P. Neumann, Esq. [TN6429]<br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736<br>Tel: (732) 223-8484<br>Email: timothy.neumann25@gmail.com<br><br>*Attorneys for Debtor/Debtor-in-Possession Judith Carr* | 1. |
| In Re:<br><br>**JUDITH CARR,**<br>　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 23-17710<br><br>Judge: Hon. Christine M. Gravelle |

## WITHDRAWAL OF MOTION TO COMPROMISE CLAIMS

Judith Carr, the Debtor and Debtor-in-Possession in the above-captioned Chapter 11 proceeding, by and through her counsel, Broege, Neumann, Fischer & Shaver, LLC hereby withdraws without prejudice her motion to compromise claims [Doc 49] and notice thereof [Doc 48].

Dated: July 3, 2024　　　　　　　　　By: /s/ *Timothy P. Neumann, Esq.*
　　　　　　　　　　　　　　　　　　　　　Timothy P. Neumann, Esq

1

2