Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17710−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Judith L Carr
   23 Silverleaf Way
   Manalapan, NJ 07726

Social Security No.:
   xxx−xx−2189

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by Geoffrey P. Neumann on behalf of Judith L Carr.

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐   The corporate debtor is self−represented.

   ☐   Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Christine M. Gravelle on,

Date: 7/30/24
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: July 8, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Judith L Carr  
    Debtor

Case No. 23-17710-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jul 08, 2024      Form ID: 170      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judith L Carr, 23 Silverleaf Way, Manalapan, NJ 07726-3173 |
| 520016449 | | Covered Bridge Condo Assn, 1 Amberly Dr, Manalapan, NJ 07726-2000 |
| 520016451 | | Homewood Residential Inc, PO Box 619063, Dallas, TX 75261-9063 |
| 520016452 | | McGovern Legal Services, 850 Route 1, North Brunswick, NJ 08902 |
| 520016454 | | Monroe County Tax Collector, Monroe Adm Bldg 1 Quaker Plz Unit 4, Stroudsburg, PA 18360-2141 |
| 520154477 | + | Oak Knoll Condominium Association, Inc., c/o Mark A. Wetter, Esq., 245 Route 22 West, Suite 102, Bridgewater, NJ 08807-2560 |
| 520015951 | | PHH mortgage, Ocwen Servicing LLC, Attn Bankruptcy, 1661 Worthing d Ste 100, West Palm Beach FL 33409 |
| 520015950 | | Rob Saltzman, Esq., Pleuse, Becker & Saltzmam, 20000 Horizon Way, Suite 900, Mt. Laurel NJ 08054-4318 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 08 2024 20:44:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 08 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 08 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jul 08 2024 20:44:30 | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 520016534 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 08 2024 20:54:47 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520024458 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 08 2024 21:16:05 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520016443 | | Email/Text: ally@ebn.phinsolutions.com | Jul 08 2024 20:44:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 520016444 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 08 2024 20:44:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520016445 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 08 2024 20:45:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520016446 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2024 21:05:47 | Bloomingdales/Citibank, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520016447 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 08 2024 21:05:37 | Cap1/l&t, PO Box 31293, Salt Lake City, UT 84131-0293, Cap1/neimn, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520016448 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 08 2024 21:05:29 | Capital One, PO Box 31293, Salt Lake City, UT |

Case 23-17710-CMG    Doc 61    Filed 07/10/24    Entered 07/11/24 00:17:36    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 08, 2024 | Form ID: 170 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520058639 | | Email/Text: BKEBN-Notifications@ocwen.com | Jul 08 2024 20:44:00 | Deutsche Bank National Trust Company, c/o PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| | | | | 84131-0293 |
| 520016450 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 08 2024 20:54:19 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520079314 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 08 2024 20:44:00 | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Suite 300, Greenwood Village, Colorado 80111-4720 |
| 520080098 | + | Email/Text: signed.order@pfwattorneys.com | Jul 08 2024 20:44:00 | JERSEY SHORE ANESTHESIOLOGY ASSOCIATES, C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520079813 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2024 20:54:12 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520024259 | + | Email/Text: MKnitter@monroecountypa.gov | Jul 08 2024 20:45:00 | MONROE COUNTY TAX CLAIM BUREAU, 1 QUAKER PLAZA, ROOM 104, STROUDSBURG, PA 18360-2141 |
| 520016453 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 08 2024 20:54:47 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520016458 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 08 2024 20:44:00 | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 520016459 | + | Email/Text: dnj@pbslaw.org | Jul 08 2024 20:44:00 | Pleuse Becker & Saltzman, 20000 Horizon Way, Mount Laurel, NJ 08054-4318 |
| 520080279 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 08 2024 20:45:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 520016460 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 08 2024 20:44:00 | Specialized Loan Servi, PO Box 630147, Littleton, CO 80163-0147 |
| 520015949 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 08 2024 20:44:00 | Speciialized Loan Servicing LLC, Attn: Bankruptcy, P O OBx 630147, Littleton CO 80163-0147 |
| 520016461 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 08 2024 21:05:47 | Syncb/amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520016462 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 08 2024 20:44:00 | Tbom/Atls/Aspire, PO Box 105555, Atlanta, GA 30348-5555 |
| 520016463 | | Email/Text: bncmail@w-legal.com | Jul 08 2024 20:45:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 520016464 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 08 2024 21:05:47 | Wells Fargo Home Mortgage, Customer Service PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520016455 | | N J Grasshopper LLC |
| 520016456 | | Oak Knoll Condominium Associat |
| 520016457 | | Paul and Carol Schwartz |
| cr | *+ | Jersey Shore Anesthesiology Associates, c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520036996 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2006-OPT1, Asset-Backed Certificates, Series 2006-OPT1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald Victor Valenzano, Jr. | on behalf of Creditor Jersey Shore Anesthesiology Associates dvalenzano@pfwattorneys.com eperritt@pfwattorneys.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Geoffrey P. Neumann | on behalf of Debtor Judith L Carr geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Glenford Washington Warmington | on behalf of Creditor Covered Bridge Condominium Association Inc. gwarmington@beckerlawyers.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Timothy P. Neumann | on behalf of Debtor Judith L Carr timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8