Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17710−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Judith L Carr
   23 Silverleaf Way
   Manalapan, NJ 07726

Social Security No.:
   xxx−xx−2189

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/30/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 30, 2024
JAN: mjb

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-17710-CMG
Judith L Carr  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Jul 30, 2024  Form ID: 148  Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judith L Carr, 23 Silverleaf Way, Manalapan, NJ 07726-3173 |
| 520016449 | | Covered Bridge Condo Assn, 1 Amberly Dr, Manalapan, NJ 07726-2000 |
| 520016451 | | Homewood Residential Inc, PO Box 619063, Dallas, TX 75261-9063 |
| 520016452 | | McGovern Legal Services, 850 Route 1, North Brunswick, NJ 08902 |
| 520016454 | | Monroe County Tax Collector, Monroe Adm Bldg 1 Quaker Plz Unit 4, Stroudsburg, PA 18360-2141 |
| 520154477 | + | Oak Knoll Condominium Association, Inc., c/o Mark A. Wetter, Esq., 245 Route 22 West, Suite 102, Bridgewater, NJ 08807-2560 |
| 520015951 | | PHH mortgage, Ocwen Servicing LLC, Attn Bankruptcy, 1661 Worthing d Ste 100, West Palm Beach FL 33409 |
| 520015950 | | Rob Saltzman, Esq., Pleuse, Becker & Saltzmam, 20000 Horizon Way, Suite 900, Mt. Laurel NJ 08054-4318 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | Jul 31 2024 00:33:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 30 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 30 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jul 30 2024 20:40:24 | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 520016534 | + | EDI: AISACG.COM | Jul 31 2024 00:33:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520024458 | + | EDI: AISACG.COM | Jul 31 2024 00:33:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520016443 | | EDI: GMACFS.COM | Jul 31 2024 00:33:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 520016444 | | EDI: BANKAMER | Jul 31 2024 00:33:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520016445 | | EDI: TSYS2 | Jul 31 2024 00:33:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520016446 | + | EDI: CITICORP | Jul 31 2024 00:33:00 | Bloomingdales/Citibank, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520016447 | | EDI: CAPITALONE.COM | Jul 31 2024 00:33:00 | Cap1/l&t, PO Box 31293, Salt Lake City, UT 84131-0293, Cap1/neimn, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520016448 | | EDI: CAPITALONE.COM | Jul 31 2024 00:33:00 | Capital One, PO Box 31293, Salt Lake City, UT |

Case 23-17710-CMG    Doc 63    Filed 08/01/24    Entered 08/02/24 00:14:23    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2024 | Form ID: 148 | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520058639 | | EDI: LCIPHHMRGT | Jul 31 2024 00:33:00 | 84131-0293 Deutsche Bank National Trust Company, c/o PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 520016450 | | EDI: AMINFOFP.COM | Jul 31 2024 00:33:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520079314 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 30 2024 20:44:00 | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Suite 300, Greenwood Village, Colorado 80111-4720 |
| 520080098 | + | Email/Text: signed.order@pfwattorneys.com | Jul 30 2024 20:43:00 | JERSEY SHORE ANESTHESIOLOGY ASSOCIATES, C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520079813 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2024 20:56:49 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520024259 | + | Email/Text: MKnitter@monroecountypa.gov | Jul 30 2024 20:44:00 | MONROE COUNTY TAX CLAIM BUREAU, 1 QUAKER PLAZA, ROOM 104, STROUDSBURG, PA 18360-2141 |
| 520016453 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 30 2024 20:54:46 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520016458 | + | EDI: LCIPHHMRGT | Jul 31 2024 00:33:00 | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 520016459 | + | Email/Text: dnj@pbslaw.org | Jul 30 2024 20:44:00 | Pleuse Becker & Saltzman, 20000 Horizon Way, Mount Laurel, NJ 08054-4318 |
| 520080279 | + | EDI: JEFFERSONCAP.COM | Jul 31 2024 00:33:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 520016460 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 30 2024 20:44:00 | Specialized Loan Servi, PO Box 630147, Littleton, CO 80163-0147 |
| 520015949 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 30 2024 20:44:00 | Speciialized Loan Servicing LLC, Attn: Bankruptcy, P O OBx 630147, Littleton CO 80163-0147 |
| 520016461 | + | EDI: SYNC | Jul 31 2024 00:33:00 | Syncb/amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520016462 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 30 2024 20:43:00 | Tbom/Atls/Aspire, PO Box 105555, Atlanta, GA 30348-5555 |
| 520016463 | | EDI: WTRRNBANK.COM | Jul 31 2024 00:33:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 520016464 | | EDI: WFFC2 | Jul 31 2024 00:33:00 | Wells Fargo Home Mortgage, Customer Service PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520016455 | | N J Grasshopper LLC |
| 520016456 | | Oak Knoll Condominium Associat |
| 520016457 | | Paul and Carol Schwartz |
| cr | *+ | Jersey Shore Anesthesiology Associates, c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520036996 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2006-OPT1, Asset-Backed Certificates, Series 2006-OPT1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald Victor Valenzano, Jr. | on behalf of Creditor Jersey Shore Anesthesiology Associates dvalenzano@pfwattorneys.com eperritt@pfwattorneys.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Geoffrey P. Neumann | on behalf of Debtor Judith L Carr geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Glenford Washington Warmington | on behalf of Creditor Covered Bridge Condominium Association Inc. gwarmington@beckerlawyers.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Timothy P. Neumann | on behalf of Debtor Judith L Carr timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8