UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Maggie McGee, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Maggie.McGee@usdoj.gov

Order Filed on July 30, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Judith L. Carr,

Debtor.

Chapter 11

Case No. 23-17710 (CMG)

Adj. Hearing Date: July 30, 2024 at 10:00 a.m.

Judge: Christine M. Gravelle

**ORDER OF DISMISSAL**

The relief set forth on the following page(s) numbered two (2) is hereby **ORDERED**.

**DATED: July 30, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Judith L. Carr

Case No.: 23-17710 (CMG)

**Order of Dismissal**

---

Upon consideration of the Motion of the United States Trustee by and through counsel, for an Order Dismissing the Case, pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been given to the Debtor, Debtor's counsel, and parties who filed a Notice of Appearance, and the Court having found cause for the entry of the within order, and good cause shown, it is hereby:

**ORDERED** that the chapter 11 case of Judith L. Carr, Case No.: 23-17710 (CMG) is hereby DISMISSED and any discharge that was granted is vacated. All outstanding fees to the Court that are due and owing must be paid within 7 days of the date of this Order; and it is hereby further

**ORDERED** that within ten (10) days of the entry of this Order, the Debtor will file an affidavit of disbursements and pay all outstanding United States Trustee Quarterly Fees due and owning.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-17710-CMG |
| Judith L Carr | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 30, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judith L Carr, 23 Silverleaf Way, Manalapan, NJ 07726-3173 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2006-OPT1, Asset-Backed Certificates, Series 2006-OPT1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald Victor Valenzano, Jr. | on behalf of Creditor Jersey Shore Anesthesiology Associates dvalenzano@pfwattorneys.com eperritt@pfwattorneys.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Geoffrey P. Neumann | on behalf of Debtor Judith L Carr geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Glenford Washington Warmington | on behalf of Creditor Covered Bridge Condominium Association Inc. gwarmington@beckerlawyers.com |
| Margaret Mcgee | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2024 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Timothy P. Neumann

on behalf of Debtor Judith L Carr timothy.neumann25@gmail.com
btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8